

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HORNBECK OFFSHORE SERVICES, L.L.C., | * | CIVIL ACTION NO. 10-1663(F)(2) |
|     **Plaintiff** | * | |
| VERSUS | * | SECTION F |
| | * | |
| KENNETH LEE "KEN" SALAZAR, IN HIS OFFICIAL CAPACITY AS SECRETARY, UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES DEPARTMENT OF THE INTERIOR; ROBERT "BOB" ABBEY, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, MINERALS MANAGEMENT SERVICE; AND MINERALS MANAGEMENT SERVICE, | * * * * * | JUDGE FELDMAN  MAGISTRATE 2 MAGISTRATE WILKINSON |
|     **Defendants** | | |

\*   \*   \*   \*   \*   \*   \*   \*

### MOTION FOR EXPEDITED HEARING ON HORNBECK'S MOTION FOR PRELIMINARY INJUNCTION

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Hornbeck Offshore Services, L.L.C. ("Hornbeck"), which respectfully moves this Court for an expedited

```
___Fee_____
___Process_____
 x _Dktd_____
___CtRmDep____
___Doc. No.____
```

hearing on its Motion for Preliminary Injunction against Defendants, Kenneth Lee "Ken Salazar, Secretary of United States Department of the Interior ("DOI"), the DOU, Robert "Bob" Abbey, Acting Driector of the Minerals Management Service ("MMS"), and the MMS (collectively, "Defendants"). As discussed more fully in the accompanying memorandum in support, Hornbeck submits that good cause exists for an expedited hearing because the blanket Moratorium on offshore drilling issued by Defendants is causing and will continue to cause Hornbeck and similarly situated service providers of the offshore oil and gas industry irreparable injury. As will be shown at the hearing on the preliminary injunction, the Moratorium and NTL exceed Defendants' authority under OCSLA and its implementing regulation. As a result, the Moratorium is not in accord with the law.

WHEREFORE, Hornbeck respectfully requests that this Court grant its Motion for Expedited Hearing on its Motion for Preliminary Injunction and that the hearing be set at the earliest available time.

Respectfully submitted,

_/s/ Carl D. Rosenblum_
Carl D. Rosenblum, T.A. (2083)
Grady S. Hurley (13913)
Alida C. Hainkel (24114)
Marjorie A. McKeithen (21767)
Jones, Walker, Waechter,
    Poitevent, Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
crosenblum@joneswalker.com

AND

John F. Cooney
(Pro Hac Vice application being made)
Venable LLP
575 7th Street N.W.
Washington, D.C. 20004
Telephone: (202) 344-4812

**Attorneys for Plaintiff,
Hornbeck Offshore Services, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon all parties by hand, email, or overnight mail this 9th day of June 2010.

_____

{N2163929.2}                            3