UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HORNBECK OFFSHORE SERVICES, L.L.C ET AL. | CIVIL ACTION |
| VERSUS | NO. 10-1663 |
| KENNETH LEE "KEN" SALAZAR ET AL. | SECTION "F" |

<u>ORDER</u>

Before the Court is Hornbeck Offshore Services, L.L.C's Motion for Expedited Hearing of its Motion for Preliminary Injunction.

IT IS ORDERED: that Hornbeck's Motion for Expedited Hearing is GRANTED; the hearing on Hornbeck's Motion for Preliminary Injunction is set for Monday, June 21, 2010, at 9:30 a.m. All briefs, concerning all issues, including this Court's scope of review, must be simultaneously submitted by June 16, 2010, at 5:00 p.m.  Each side will be limited to one hour for argument and the presentation of evidence.

New Orleans, Louisiana, June 11, 2010.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE