UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HORNBECK OFFSHORE SERVICES, L.L.C.,** | * | CIVIL ACTION NO. 10-1663(F)(2) |
|               **Plaintiff** | * | |
| **VERSUS** | * | SECTION F |
| | * | |
| **KENNETH LEE "KEN" SALAZAR, IN HIS OFFICIAL CAPACITY AS SECRETARY, UNITED STATES DEPARTMENT OF THE INTERIOR; UNITED STATES DEPARTMENT OF THE INTERIOR; ROBERT "BOB" ABBEY, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, MINERALS MANAGEMENT SERVICE; AND MINERALS MANAGEMENT SERVICE,** | * * * * * | JUDGE FELDMAN<br><br>MAGISTRATE 2<br>MAGISTRATE WILKINSON |
|               **Defendants** | * | |

\* \* \* \* \* \* \* \* \*

**ORDER**

Considering the Bollinger and Chouest Entities' Motion to Adopt Grounds for Preliminary Injunction as set forth in Hornbeck's Motion for Preliminary Injunction;

**IT IS ORDERED** that the Bollinger and Chouest Entities' Motion to Adopt Grounds for Preliminary Injunction as set forth in Hornbeck's Motion for Preliminary Injunction is Granted.

New Orleans, Louisiana, this 11th day of June, 2010.

                                                 _Martin L. C. Feldman_
                                                 JUDGE

_Process ___
x Dktd ___
_ CtRmDep ___
_ Doc. No. ___

{N2164142.1}