UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HORNBECK OFFSHORE SERVICES, L.L.C ET AL. | CIVIL ACTION |
| VERSUS | NO. 10-1663 |
| KENNETH LEE "KEN" SALAZAR ET AL. | SECTION "F" |

<u>ORDER</u>

Before the Court is (1) the plaintiffs' motion to enforce preliminary injunction order, (2) the defendants' motion to stay pending appeal, and (3) the intervenors' motion requesting disclosure of financial interest of the Court, if any.

Finding that the pending motions can be resolved on the papers, IT IS ORDERED: that the telephone hearing scheduled for June 24, 2010, at 10:15 a.m. is cancelled; and

IT IS FURTHER ORDERED: that the plaintiffs' motion to enforce preliminary injunction is hereby DENIED as premature; and

IT IS FURTHER ORDERED: that the Court's June 22, 2010, Order is amended to grant the Secretary of the Interior thirty (30) days, rather than twenty-one (21), to report compliance with this Court's Order, in light of the defendants' pending appeal and the federal proceedings pending in United States District Court in Houston; and

IT IS FURTHER ORDERED: that the defendants' motion to stay pending appeal is hereby DENIED for the same reasons given in this Court's June 22, 2010, Order granting the plaintiffs' motion for

1

preliminary injunction; and

IT IS FURTHER ORDERED: that the intervenors' motion requesting disclosure of financial interests is GRANTED; the Court's most current Financial Disclosure Report will be released by the Administrative Office of the United States Courts as soon as their security protocol on the release of federal judges' Financial Disclosure Reports has been satisfied.

New Orleans, Louisiana, June 24, 2010.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE