UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HORNBECK OFFSHORE SERVICES, L.L.C ET AL. | CIVIL ACTION |
| VERSUS | NO. 10-1663 |
| KENNETH LEE "KEN" SALAZAR ET AL. | SECTION "F" |

<u>AMENDING ORDER</u>

IT IS ORDERED: that this Court's June 22, 2010, Order granting the plaintiffs' motion for preliminary injunction is hereby amended to reflect the following changes:

1. On page 9, the jurisdiction parenthetical in the citation to <u>Chevron, U.S.A., Inc. v. F.E.R.C.</u> is changed to (D.D.C. 2001).

2. On page 9, the jurisdiction parenthetical in the citation to <u>Duke Energy Field Servs. Assets, L.L.C. v. Fed. Energy Regulatory Comm'n</u> is changed to (D.D.C. 2001).

3. On page 9, the carryover sentence, which states "The D.C. Circuit Court . . ." is changed to "The D.C. District Court has held . . . ."

4. On page 11, the citation to <u>Duke Energy</u> is changed to the short citation: "150 F. Supp. 2d at 155-56 (refusing to permit . . . ."

5. On page 16, the second full sentence, which states "The D.C. Circuit's seemingly contrary . . ." is changed to "The

1

seemingly contrary . . . ."

                          New Orleans, Louisiana July 7, 2010.

                                _____
                                    MARTIN L. C. FELDMAN
                              UNITED STATES DISTRICT JUDGE