UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HORNBECK OFFSHORE SERVICES, LLC PLAINTIF, VS KENNETH LEE "KEN" SALAZAR, in, his official capacity as Secretary, United States Department of Interior; UNITED STATES DEPARTMENT OF THE INTERIOR; ROBERT "BOB" ABBEY, in his Official capacity as Acting Director, Mineral Management Service; and MINERALS MANAGEMENT SERVICE, Defendants | CIVIL ACTION NO.: 10-1663 "SECTION F" Magistrate: "2" |

## ORDER

Before the court is the amicus curiae motion in support of the plaintiff, and the Governor of the state of Louisiana to file the attached amicus brief.

IT IS ORDERED: that amicus curiae's motion and submission to the honorable Feldman be and is hereby granted and the clerk of the Court is ordered to file said brief which is attached to amicus curie's motion for leave into the record.

**DENIED**

New Orleans, Louisiana, this __16th__ day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE

```
___Fee _____
___Process _____
_x_ Dktd _____
___CtRmDep _____
___Doc. No._____
```

Page 1 of 1

O:\BPCPA PC\Oil Spill BP Transocean\Amicus Brief and Other Research\Order Take Leave File Amicus Brief Parrish Hornbeck v Salazar.doc