UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

HORNBECK OFFSHORE SERVICES,                CIVIL ACTION
L.L.C ET AL.

VERSUS                                      NO. 10-1663

KENNETH LEE "KEN" SALAZAR                   SECTION "F"
ET AL.

<u>ORDER</u>

Before the Court are the following motions: (1) defendant-intervenors' Motion for Disqualification and (2) defendant-intervenors' Motion for Expedited Hearing on the Motion for Disqualification.

IT IS ORDERED: that the Motion for Expedited Hearing is GRANTED.

The Motion for Disqualification is without merit under <u>In re Placid Oil Co.</u>, 802 F.2d 783 (5th Cir. 1986). Accordingly, IT IS FURTHER ORDERED: that the Motion for Disqualification is DENIED.

New Orleans, Louisiana, July 16, 2010.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

1