UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HORNBECK OFFSHORE SERVICES, L.L.C ET AL. | CIVIL ACTION |
| VERSUS | NO. 10-1663 |
| KENNETH LEE "KEN" SALAZAR ET AL. | SECTION "F" |

<u>ORDER</u>

Before the Court is the defendant-intervenor's Motion for Relief from Preliminary Injunction Order and Request that the Court Indicate It Would Vacate Such Order Upon Remand. The defendant-intervenors submit that if the Court violated 28 U.S.C. §455 in ruling on the plaintiffs' motion for preliminary injunction, then the interest of justice requires this Court to vacate its preliminary injunction (or, while that order is on appeal to the Fifth Circuit, this Court should note that it would vacate that order).

On July 16, 2010, this Court denied the defendant-intervenors' Motion for Disqualification, finding no merit to their argument that this Court is in violation of 28 U.S.C. §455. The present motion for relief from preliminary injunction is similarly without a basis in law.

Accordingly, the defendant-intervenors' Motion for Relief from Preliminary Injunction Order and Request that the Court

1

Indicate It Would Vacate Such Order Upon Remand is DENIED.

New Orleans, Louisiana, July 21st, 2010.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE