UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

Loretta G. Whyte　　　　　　　　　　　　　　　　　500 Poydras St., Room C-151
Clerk　　　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70130

September 2, 2010

Mr. Charles R. Fulbruge, III, Clerk　　　　　　　APPEAL NO. <u>10-30585</u>
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

IN RE: HORNBECK OFFSHORE　　V　KENNETH LEE SALAZAR　　CA 10-1663 F

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

　　___　1) Certified copy of the notice of appeal and docket entries.

　　___　2) Certified copy of notice of a cross-appeal and docket entries.

　　___　3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

　　___　4) This case is proceeding <u>in forma pauperis</u>

　　___　5) Order Appointing Counsel　___ CJA-20　___ FPD

　　___　6) District Judge entering the final judgment is _____

　　___　7) Court Reporter assigned to the case _____

　　___　8) If criminal case, number and names of other defendants on appeal _____

　　___　9) This case was decided without a hearing; there will be no transcript.

　　___　10) Spears hearing held.

In connection with this record, the following documents are transmitted.

　　___　1) Copies record on appeal consisting of:

　　　　___ Volume(s) of record　　___ Volume(s) transcript

　　　　___ Volume(s) of depositions

　　　　___ Container(s) of exhibits ___ Manila Folder ___ Binder ___ Boxes

　　_x_　2) Supplemental record including, <u>3 vols, docs 91-165</u>

　　___　3) SEALED Docs. _____

　　___　4) Other: _____

　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　By__<u>Alicia Phelps</u>__
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk