IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HORNBECK OFFSHORE SERVICES, LLC, et al.** | |
| Plaintiffs, | **CIVIL ACTION No. 10-1663(F)(2)** |
| v. | **SECTION F** |
| **KENNETH LEE "KEN" SALAZAR, et al,** | **JUDGE FELDMAN** |
| Defendants. | **MAGISTRATE 2**<br>**MAGISTRATE WILKINSON** |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO PLAINTIFFS' MOTION TO ENFORCE**

Defendants, Kenneth Lee Salazar, United States Department of the Interior, Michael Bromwich, and the Bureau of Ocean Energy Management, Regulation, and Enforcement, ("Defendants"), hereby file this Motion for Extension of Time to File Response to Plaintiffs' Motion to Enforce.

As a result of the time and resources required for Defendants to respond to the multiple ongoing related proceedings in this matter, in the Fifth Circuit Court of Appeals, and in the Ensco v. Salazar matter also pending before this Court, Defendants respectfully request an extension of time to 12:00 noon Central Time on September 16, 2010 to file their Response to Plaintiffs' Motion to Enforce. The requested extension will not prejudice the parties nor delay the proceedings on Plaintiffs' Motion to Enforce, as Defendants have not requested to continue the noticed hearing date of September 22, 2010. Defendants have consulted with counsel for Plaintiffs and Plaintiffs have indicated that they consent to the requested extension.

Respectfully submitted this 9th day of September, 2010.

1

IGNACIA S. MORENO
Assistant Attorney General
U.S. Dept. of Justice, Env't & Nat. Resources Div.

/s/ *Brian Collins*
GUILLERMO A. MONTERO (T.A.)
BRIAN COLLINS
KRISTOFOR SWANSON
Natural Resources Section
PO Box 663
Washington, DC 20016
Tel: (202)305-0443

PETER MANSFIELD
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, Louisiana 70130
Tel: (504)680-3000

Case 2:10-cv-01663-MLCF-JCW   Document 170   Filed 09/09/10   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2010, I caused a copy of the foregoing to be served through the Court's CM/ECF System to all parties.

    /s/Brian Collins
    Brian Collins