UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

HORNBECK OFFSHORE SERVICES,                    CIVIL ACTION
LLC, ET AL

VERSUS                                          NO. 10-1663

SALAZAR, ET AL                                  SECTION "F"


ORDER

Before the Court is the plaintiffs' renewed motion to enforce the preliminary injunction order issued by this Court on June 22nd of this year. In light of the United States Court of Appeals for the Fifth Circuit's September 29th opinion declaring moot the appeal of the preliminary injunction, the plaintiffs' motion is DENIED.


New Orleans, Louisiana, September 30, 2010.


_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE