## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **HORNBECK OFFSHORE SERVICES, L.L.C.,** | * | **CIVIL ACTION NO. 10-1663(F)(2)** |
| **Plaintiff** | * | |
| **VERSUS** | * | **SECTION F** |
| | * | |
| **KENNETH LEE "KEN" SALAZAR, IN HIS OFFICIAL CAPACITY AS SECRETARY, UNITED STATES DEPARTMENT OF INTERIOR; UNITED STATES DEPARTMENT OF INTERIOR;** | * * | **JUDGE FELDMAN** |
| **ROBERT "BOB" ABBEY, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, MINERALS MANAGEMENT SERVICE; AND MINERALS MANAGEMENT SERVICE,** | * * * | **MAGISTRATE 2 MAGISTRATE WILKINSON** |
| **Defendants** | | |

\* \* \* \* \* \* \* \*

## **ORDER**

Having considered Plaintiffs' Ex Parte Motion for Leave to File Supplemental Declaration and Supplemental Appendix, IT IS ORDERED that Plaintiffs' Motion is hereby GRANTED. IT IS FURTHER ORDERED that the supplemental appendix shall be filed with the Court under seal, pursuant to the Court's Order of February 10, 2011 (Rec. Doc. 231) and to the Court's rules and procedures for such filings.

New Orleans, Louisiana, this 30th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

{N2276440.1}