

61-1125539-1    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    M   08-04-61

If you have already reached age 26 or will do so in the current calendar year, you are no longer required to notify Selective Service of any future changes of address or changes to any other items on your registration record.

61-1125539-1    50    01128-000350
BARACK HUSSEIN    OBAMA

2-02

**Change of Information Form**

- - - - - - - - - - - - - - - - - - - - - - - - - (cut along dotted line) - - - - - - - - - - - - - - - - - - - - - - - - -



**Dear Registrant:**

Please keep this letter as legal proof of your registration. Or, you may keep only the wallet sized registration acknowledgment provided below for your convenience.

Use the top portion of this letter to update and or correct your information. Please review it carefully. Mark through any mistakes and write in the correct information. If you made any changes, cut off the top portion of this letter, and mail it to the Selective Service System using the envelope provided. **If your information is correct, do not return this form.** However, when any of your information changes, you are required to notify the Selective Service System within 10 days. If changing only your address, you may go to www.sss.gov

**FOR NON-IMMIGRANT ALIENS:** If you are on a valid visa and believe that you were registered in error, send this entire form and a copy of your I-94, I-95A, or Border Crossing Card (DSP-150) to: Selective Service System, P.O. Box 94638, Palatine, Illinois 60094-4638

If you have questions about the Selective Service System, call 1-847-688-6888

**Thank You!**



**Registration Acknowledgment**

61-1125539-1    08-04-61    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

BARACK HUSSEIN    OBAMA

Lawrence G Romo

**Exibit 2**

Hornbeck v Salazar Motion to intervene by Dr. Orly Taitz, ESQ                10

# Social Security Number Verification System (SSNVS)

SSNVS Help

## SSN Verification Results

Employer's EIN
Records Submitted    1
Failed    1
Verified Records    0

The following table displays your submitted results. The first column indicates if the submitted record verified, failed or employee is deceased. The first five digits of the SSN will be masked for verified records and records with a verification results code of 2, 3, 4 or 6

- **Failed** - Data does not match Social Security Administration's records. Select *What to do if an SSN Fails to Verify* for more information

- **Deceased** - Data matches Social Security Administration's records, and our records indicate that the person is deceased. For more information, please contact our general SSA information line at 1-800-772-1213 (TDD/TTY 1-800-325-0778) or your local Social Security field office. Select *SSA Office Locator* to find the office nearest you.

- **Verified** - Data matches Social Security Administration's records

| Results | SSN 999999999 | First Name | Middle Name | Last Name | Suffix | Date of Birth MMDDYYYY | Gender F/M | Verification Results |
|---------|---------------|------------|-------------|-----------|--------|------------------------|------------|----------------------|
| Failed | 042684425 | BARACK | | OBAMA | | 08041961 | M | 1 |

| Verification Results | |
|------|------------------------------|
| Code | Description |
| 1 | SSN not in file (never issued) |

Have a question? Call **1-800-772-6270** Mon - Fri 7AM to 7PM Eastern Time to speak with Employer Customer Service personnel. For TDD/TTY call **1-800-325-0778**

https://secure.ssa.gov/apps12z/SSNVS/interactiveVerification.do

**Exhibit 3**

Hornbeck v Salazar Motion to intervene by Dr. Orly Taitz, ESQ          11

# Exhibit 3

  

# National Student Clearinghouse

## Verification Response

    

Help
Logout

CLICK HERE TO
VERIFY ANOTHER
DEGREE FOR THIS PERSON

Printer
Friendly
Version
(Requires
Adobe Acrobat
Reader)

Congratulations!  We have successfully completed your verification request. If you have any questions, see our DegreeVerify FAQs.

**Abbreviated View**    **Expanded View**

| | | | |
|---|---|---|---|
| **Transaction ID:** | 022313534 | **Date Requested:** | 03/06/2011 11:26 EST |
| **Requested By:** | ORLY TAITZ | **Date Notified:** | 03/06/2011 11:26 EST |

**Status:** Confirmed
**Fee:** $10.00
**Credit Card Order#:** 6672402
**Credit Card Confirm Email:** dr_taitz@yahoo.com

INFORMATION YOU PROVIDED

| | | | |
|---|---|---|---|
| **Subject Name:** | BARACK | | OBAMA |
| | *First Name* | *Middle Name* | *Last Name* |
| **Name Used While Attending School:** (if different from above) | | | |
| | *First Name* | *Middle Name* | *Last Name* |
| **Date of Birth:** | 08/04/1961 | | |
| | *mm/dd/yyyy* | | |
| **School Name:** | COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK | | |
| **Attempt To:** | Verify a degree | | |

INFORMATION VERIFIED

| | |
|---|---|
| **Name On School's Records:** | BARACK HUSSEIN OBAMA |
| **Date Awarded:** | 05/17/1983 |
| **Degree Title:** | BACHELOR OF ARTS |
| **Official Name of School:** | COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK |
| **Major Course(s) of Study:** | POLITICAL SCIENCE |
| **Dates of Attendance:** | 09/01/1982 to 05/31/1983 |

# EXHIBIT 4

Dr. Orly Taitz, Attorney-at-Law
(California SBN 223433)
Orly Taitz Law Offices
26302 La Paz, Suite 211
Mission Viejo, California 92691
Telephone: (949) 683-5411
E-Mail: dr_taitz@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA (SOUTHERN) DIVISION

| | | |
|---|---|---|
| Captain Pamela Barnett, et al., <br> Plaintiffs, | § <br> § <br> § | |
| v. | § <br> § | Civil Action: |
| Barack Hussein Obama, <br> Michelle L.R. Obama, <br> Hillary Rodham Clinton, Secretary of State, <br> Robert M. Gates, Secretary of Defense, <br> Joseph R. Biden, Vice-President and <br> President of the Senate, <br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § | **SACV09-00082-DOC (Anx)** |

## Affidavit of Susan Daniels

1.    My name is Susan Elizabeth Daniels. I am over 18 years old, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.    I am a citizen of the United States of America, I am 68 years old and I was born and raised in the State of Ohio.

3.    I am licensed by the State of Ohio as a private investigator; I am president of Daniels and Associates Investigations, Inc., incorporated in March 1995, license number 65199565509.

4.    I have personal knowledge of all the facts and circumstances described herein below and will testify in open court to all of the same.

5.    I located a social security number for Barack Hussein Obama and found that it was issued between 1977-1979 in the State of Connecticut but as I investigated

further, I found an additional eight social security numbers. One of the numbers had (Deceased) behind it. I was able to find the name of the person the SSN actually belonged to and printed it from the Social Security Administration death index.

6.   I researched social security numbers for Michelle Obama. When I ran her name, two different social security numbers appeared for her, including one that does not belong to her but is listed for her at 1600 Pennsylvania Ave., Washington, D.C.

7.   The true and correct copies I personally obtained are attached.

8.   I solemnly swear under penalty of perjury that all the facts stated and circumstances described above are true and correct statements.

9.   I have not received any compensation for making this affidavit.

Further, Affiant saith naught.
Signed and executed in _____, _____ on this _____ day of
October, 2009.

By: _____
         Susan Elizabeth Daniels

## NOTARY'S JURAT

Susan Elizabeth Daniels appeared before me in person on this _____ day of
October, 2009, in _____ (city), _____
(state), _____ (country) and having presented to me her driver's license and
having been sworn by me duly under oath and having been admonished that she did
so under penalty of perjury, she did then and there depose herself and give the above-
listed statements in my presence in the form of his written affidavit.

Specifically but without limitation, Susan Elizabeth Daniels did in my presence
authenticate the documents attached here as a true and correct copy of the documents
she obtained and described in her affidavit.

_____

_____
Notary Public in the State of Ohio

Business Address of Notary: _____

JAMES V. LOIACONO, Attorney at Law
Notary Public, State of Ohio
My Commission Has No Expiration Date
Section 147.08 O.R.C.

_____
My Seal Appears Above this line.

My Printed Name is: _____; my notarial commission or
license expires on: _____

Person Search                                                                  https://secure.accurint.com/app/bps/main

| | All | Full Name | Age/DOB | Address | Dates | Phone Information |
|---|---|---|---|---|---|---|
| | | MICHELLE O'BRIAN<br>Gender: Female | | | Aug 05 - Aug 07 | |
| | | MICHELLE USTAFA<br>Gender: Female | | | May 09 - Sep 09 | |
| | | MICHELLE B. OBAMA<br>Gender: Female<br> | | Newspaper facility. | Jun 08 - Sep 09 | |
| | | MICHELLE OBAMA<br>Gender: Female | | | Jul 09 - Aug 09 | - MDT |
| | | MICHELLE OBAMA<br>Gender: Female | | | Mar 09 - Aug 09 | |
| | | MICHELLE OBAMA<br>Gender: Female | | | Jan 09 - Jul 09 | |
| | | MICHELLE OBAMA<br>Gender: Female | | | Apr 07 | |
| | | MICHELLE OBAMA<br>Gender: Female | | | | |
| | | MICHELLE OBAMA<br>Gender: Female | | | Jun 09 - Sep 09 | |
| | | MICHELLE OBAMA<br>Gender: Female | | | Jan 09 - Sep 09 | |

10/19/09 9:15 AM

# SSN Verifier Plus

### SSN ▓▓▓▓-4425

| | |
|---|---|
| Year(s) Issued: | 1977-1979 |
| State Issued: | Connecticut |

SSN not found in Social Security Death Index

OBAMA, BARACK

OBAMA, BARACK HUSSEIN

1890

08/04/1961

04/08/1961

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

# Standard People Search

## 105 Records

Search Criteria

Name: OBAMA, BARACK

Flags: Arrests, Bankruptcies, Criminal Records, Evictions, Professional Licenses, Warrants

| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| | OBAMA BARACK H | 283 HARVARD ST 1605 CAMBRIDGE MA 02138-2992 **Reported:** 01/2009 - 01/01/2009 **County:** Middlesex | 2x | Map | | | N |
| | OBAMA BARACK | 1600 PENN AVE WASHINGTON DC 20000 **Reported:** 12/2008 - 12/2008 **County:** District of Columbia | 1x | Map | | | N |
| | OBAMA BARACK | 990 W GOLF RD ARLING. HEIGHTS IL 60005-3401 **Reported:** 11/2008 - 11/2008 **County:** Cook | 1x | Map | | | N |
| | OBAMA BARACK | 63 THORNTON RD NEEDHAM MA 02492-4100 **Reported:** 09/2008 - 11/2008 **County:** HOPE BUX | 1x | Map | | | N |
| | OBAMA BARACK | 713 HART SENATE WASHINGTON DC 20510-0001 **Reported:** 11/2008 - 11/2008 **County:** District of Columbia | 1x | Map | | | N |
| | OBAMA BARACK | 1600 CLINE ST DENVER CO 80201-1001 **Reported:** 09/2008 - 11/2008 **County:** Denver | 1x | Map | | 719-303-7747 | N |
| | OBAMA BARACK | 1110 19TH AVE EUGENE OR 97401-3711 (address incomplete) **Reported:** 09/2008 - 11/2008 **County:** Lane | 1x | Map | | | N |
| | OBAMA BARACK | 435 DALLAS AVE LANCASTER TX 75146 **Reported:** 09/2008 - 11/2008 **County:** Dallas | 1x | Map | | | N |
| | OBAMA BARACK L | 1920 WALLACE ST PHILADELPHIA PA 19130-3320 **Reported:** 09/17/2008 - 10/03/2008 **County:** Philadelphia | 2x | Map | | Landline: (215)235-0040 | N |
| | OBAMA BARACK | 1000 NW 33 AVE FORT WORTH TX 76150 **Reported:** 04/2008 - 09/2008 **County:** Tarrant | 2x | Map | 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 | | N |
| **Reports** | **Name** | **Address** | | **Maps** | **SSN / DOB** | **Phone** | **AR** |
| | OBAMA BARACK | 123 MAIN ST CHARLESTON SC 29464 **Reported:** 08/2008 - 09/2008 **County:** Charleston | 1x | Map | | | N |

10/2/09 9:14 AM

Tracers Information Specialists, Inc. - Standard People Search      https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=.,

| | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | FLR 5 54 ST VIEW PLAZA AP CHICAGO IL 60615 **Reported:** 08/20/2008 - 08/20/2008 | 1x Map | ...-425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: | N |
| | OBAMA BARACK LWYR | 14 W ERIE ST CHICAGO IL 60654 ( ) **Reported:** 08/20/2008 - 08/20/2008 **County:** Cook | 1x Map | | Cell: | N |
| E-mail: bobama@lawmbj.com | | (No IP Address Reported) | | Phone: (312)751-1170 | | |
| | OBAMA BARACK | NO ADDRESS REPORTED CHICAGO IL 60615 **Reported:** 08/18/2008 - 08/18/2008 **County:** Cook | | | | N |
| | OBAMA BARACK | 190 N LASALLE CHICAGO IL 60601 ( ) **Reported:** 08/18/2008 - 08/18/2008 **County:** Cook | 1x Map | | | N |
| | OBAMA BARACK | 03775 BATES RD BRICK NJ 08723 **Reported:** 02/2008 - 08/2008 **County:** Ocean | 2x Map | ...-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 ( ) *See attached "A"* **Issued:** 1954-1955 in IA | | N |
| | OBAMA BARACK | 1310 CURRY ... FORT WORTH TX 76140 **Reported:** 08/2008 - 08/2008 **County:** Tarrant | 1x Map | | | N |
| | OBAMA BARACK | 806 FURR C COLUMBUS OH 21609-0970 **Reported:** 01/2008 - 08/2008 **County:** Muskogee | 3x Map | 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 | | N |
| | OBAMA BARACK | 1200 RUCKER RD ALPHARETTA GA 10001-4463 **Reported:** 08/2008 - 08/2008 **County:** Fulton | 1x Map | | | N |
| | OBAMA BARACK HUSSEIN | 36 N LA SALLE ST 2000 CHICAGO IL 60601-2010 ( ) **Reported:** 06/01/2007 - 06/01/2008 **County:** Cook | 4x Map | ...-465 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK | OBAMA DR FRANKLIN WI 53132 **Reported:** 05/2008 - 06/2008 **County:** Milwaukee | 1x Map | | | N |
| | OBAMA BARACK | 123 WHITE HOUSE IRVINE CA 92618 **Reported:** 06/2008 - 06/2008 **County:** ORANGE | 1x Map | | | N |
| | OBAMA BARACK | 15 A 1A CRANELRAN FL 33462 **Reported:** 05/2008 - 05/2008 **County:** Palm Beach | 1x Map | | | N |
| | OBAMA BARACK HUSSEIN | 5046 S GREENWOOD AVE CHICAGO IL 60615-2006 ( ) **Reported:** 12/01/2007 - 04/01/2008 **County:** Cook | 5x Map | ...-465 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | Landline: | N |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=...

| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615 **Reported: 03/25/2008 - 03/25/2008 County:** Cook | 1x | Map | ....-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | **Landline:** (773)684-.... | N |
| | OBAMA BARACK | NO ADDRESS REPORTED CHICAGO IL 0 **Reported: 03/03/2008 - 03/03/2008** | | | | | N |
| | OBAMA BARACK | 90 TRANSFER ST DENVER CO 80201 **Reported: 03/2008 - 03/2008 County:** Denver | 1x | Map | | **Landline:** (303)748-0100 | N |
| | OBAMA BARACK | 101 PENNSYLVANIA AVE WASHINGTON DC 84780 **Reported: 08/2007 - 02/2008 County:** Washington | 3x | Map | 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 | | N |
| | OBAMA BARACK | 505 FARR D COLUMBUS GA 3.. 601 **Reported: 02/2008 - 02/2008 County:** Muscogee | 1x | Map | 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 **Issued:** 1988-1989 in AL | | N |
| | OBAMA BARACK LWYR | 151 N ERIE ST CHICAGO IL 60610 **Reported: 01/02/2008 - 01/02/2008 County:** Cook | 7x | Map | | **Landline:** (312)751-1170 **Cell:** (312)404-2260 | N |

**E-mail:** bobama@sbcglobal.com          (No IP Address Reported)          **Phone:** (312)751-1170

| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK DR CHICAGO IL 60615 **Reported: 01/02/2008 - 01/02/2008 County:** Cook | 8x | Map | ....-4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | **Landline:** (773)684-4425 | N |
| | OBAMA BARACK | PO BOX 1098 PROVO UT 84603-1098 **Reported: 01/2008 - 01/2008 County:** Utah | 1x | | | | N |
| | OBAMA BARACK | 10 .. 10A PALM BEACH FL 33480 **Reported: 01/2008 - 01/2008 County:** Palm Beach | 1x | Map | 45.-42-0087 | | N |
| | OBAMA BARACK HUSSEIN | 5450 S EAST VIEW PARK DR CHICAGO IL 60615 **Reported: 11/15/2007 - 11/15/2007 County:** Cook | 8x | Map | ....-4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | **Landline:** (773)684-4425 | N |
| | MR OBAMA BARACK H | 5046 S GREENWOOD AVE CHICAGO IL 60615-2803 ( ) **Reported: 07/2005 - 11/15/2007 County:** Cook | 12x | Map | ....-4425 **Issued:** 1977-1979 in CT **DOB:** 08/01/1961 Age: 48 | | N |
| | OBAMA BARACK HUSSEIN | 385 BROADWAY SOMERVILLE MA 02145 **Reported: 06/01/1986 - 10/01/2007 County:** Middlesex | 3x | Map | ....-4425 **Issued:** 1977-1979 in CT **DOB:** 08/04/1961 Age: 48 | **Landline:** (773)684-4425 | N |
| | OBAMA BARACK HUSSEIN | 385 BROADWAY B1 SOMERVILLE MA 02145 **Reported: 07/17/2001 - 10/01/2007 County:** Middlesex | 12x | Map | ....-4425 **Issued:** 1977-1979 in CT **DOB:** 04/08/1961 Age: 48 | **Landline:** (773)684-4425 | N |
| | OBAMA BARACK | 916 BAINBRIDGE ST PHILADELPHIA PA 19147 **Reported: 08/2007 - 08/2007 County:** Philadelphia | 1x | Map | | | N |

3 of 8                                                                                     10/2/09 9:14 AM

Tracers Information Specialists, Inc. - Standard People Search        https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| | OBAMA BARACK | 100 CALE ST LANSING MI 48906 Reported: 07/2007 - 07/2007 County: Ingham | 1x | Map | | | N |
| | OBAMA BARACK H | 100 N LA SALLE ST 2900N CHICAGO IL 60601-3521 ( ) Reported: 02/2007 - 06/2007 County: Cook | 2x | Map | ████-126 Issued: 1977-1979 in CT | | N |
| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK | 1206 PO BOX PROVO UT 84605 Reported: 06/2007 - 06/2007 County: Utah | 2x | | ███-██-████ | | N |
| | OBAMA BARACK | 510 E OLD MILL RD RR OR ROX HEIGHTS IL 60070-1512 Reported: 04/2007 - 04/2007 County: Cook | 1x | Map | | | N |
| | OBAMA BARACK | 505 CATHARINE ST PHILADELPHIA PA 19147-3012 Reported: 04/2007 - 04/2007 County: Philadelphia | 1x | Map | | | N |
| | OBAMA BARACK HUSSEIN | 5100 S EAST VIEW PKWY CHICAGO IL 60615-5207 Reported: 07/2006 - 07/2006 County: Cook | 3x | Map | ████-4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)█████ | N |
| | OBAMA BARACK S | 307 S ADAMS ST SPRINGFIELD IL 62704-1717 ( ) Reported: 04/21/2006 - 05/07/2006 County: Sangamon | 9x | | Landline: (217)████-████ | N |
| | OBAMA BARACK HUSSEIN | 200 MASSACHUSETTS AVE NW WASHINGTON DC 20001 Reported: 02/01/2006 - 02/01/2006 County: District of Columbia | 1x | Map | ████-4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 227 8TH ST WASHINGTON DC 20003 Reported: 02/01/2006 - 02/01/2006 County: District of Columbia | 1x | Map | ████-4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 200 MASSACHUSETTS NW WASHINGTON DC 20001-3520 Reported: 09/2005 - 02/01/2006 County: District of Columbia | 10x | Map | ████-4425 Issued: 1977-1979 in CT DOB: 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 200 MASSACHUSETTS AV WASHINGTON DC 20001-3540 Reported: 06/01/1986 - 02/01/2006 County: District of Columbia | 3x | Map | ████-4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 227 8TH ST WASHINGTON DC 20003 Reported: 02/01/2006 - 02/01/2006 County: District of Columbia | 8x | Map | ████-4425 Issued: 1977-1979 in CT DOB: 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |
| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK H AKA: OBAMA BARACK AKA: | 227 8TH ST WASHINGTON DC 20003-3051 Reported: 06/01/1986 - 02/01/2006 County: District of Columbia | 2x | Map | ████-4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | 684-4809 | N |

4 of 8                                                                                       10/2/09 9:14 AM

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARBACK | | | | | |
| | OBAMA BARACK | 4 W ERIE ST 2x CHICAGO IL 60610-5091 ( ) Reported: 12/21/2004 - 01/2006 County: Cook | Map R | | Landline: (312)751-1170 | N |
| E-mail: t.obama@lawmbg.com | | (No IP Address Reported) | | | Phone: (312)751-1170 | |
| | OBAMA BARACK | 5046 S GREENWOOD AVE 2x CHICAGO IL 60615-2818 ( ) Reported: 07/2005 - 11/2005 County: Cook | Map P | -4426 Issued: 1977-1979 in CT | Landline: (773)684-4910 | N |
| | OBAMA BARACK HUSSEIN | 5450 S VIEW PARK 6x CHICAGO IL 60615 Reported: 06/01/1997 - 05/26/2005 County: Cook | Map P | -4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)684-1910 | N |
| | OBAMA BARACK HUSSEIN | 5104 S BLOUD AVE N 1x CHICAGO IL 60615 Reported: 05/25/2005 - 05/26/2005 County: Cook | Map P | -4426 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)684-4908 | N |
| | OBAMA BARACK HUSSEIN | 5450 S VIEW 1x CHICAGO IL 60615 Reported: 05/26/2005 - 05/26/2005 County: Cook | Map P | -4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)684-4900 | N |
| | OBAMA BARACK HUSSEIN | 5450 S VIEW PARK DR N 1x CHICAGO IL 60615 Reported: 05/26/2005 - 05/26/2005 County: Cook | Map P | -4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)684-4908 | N |
| | OBAMA BARACK | 7463 S EAST VIEW PARK 1x CHICAGO IL 60615-5018 Reported: 05/2005 - 05/2005 County: Cook | Map R | | | N |
| | OBAMA BARACK | 1010 E 53RD ST 9x CHICAGO IL 60615-4011 Reported: 12/21/2004 - 01/14/2005 County: Cook | Map R | | Landline: (773)684-4906 | N |
| | OBAMA BARACK | 10 W ERIE ST 1x CHICAGO IL 60610-5591 ( ) Reported: 12/21/2004 - 01/06/2005 County: Cook | Map R | | Landline: (312)751-1170 | N |
| E-mail: t.obama@lawmbg.com | | (No IP Address Reported) | | | Phone: (312)751-1170 | |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK | 10131 53RD ST 1x CHICAGO IL 60615 Reported: 07/2003 - 07/2003 County: Cook | Map R | | Landline: (773)288-1006 | N |
| | OBAMA BARACK | 10101 53RD ST 1x CHICAGO IL 60615 Reported: 07/2003 - 07/2003 County: Cook | Map R | | Landline: (773)288-1006 | N |
| | OBAMA BARACK SEN | 1741 E 71ST ST 7x CHICAGO IL 60649 Reported: 02/01/2003 - 02/01/2003 County: Cook | Map R | | Landline: (773)301-1006 | N |
| E-mail: jan.masondan13@prodigy.net | | | | IP address: 192.100.76.133 | Reported: 10/0 | |

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615-5616  4x Reported: 10/1997 - 10/2002 County: Cook | Map | ████-4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615  1x Reported: 07/2002 - 07/2002 County: Cook | Map | ████-4425 Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615  1x Reported: 07/2002 - 07/2002 County: Cook | Map | 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 Issued: 1975-1976 in IL | | N |
| | OBAMA BARACK H | 765 BROADWAY SOMERVILLE MA 02145-2440  7x Reported: 06/01/1986 - 07/17/2001 County: Middlesex | Map | ████-4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 7436 S E JOLID AVE 2 CHICAGO IL 60619  8x Reported: 11/13/2000 - 11/13/2000 County: Cook | Map | ████-4425 Issued: 1977-1979 in CT DOB: 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 5430 S E JOLID AV CHICAGO IL 60615-5316  8x Reported: 06/01/1986 - 11/13/2000 County: Cook | Map | ████-4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 VIEW PK CHICAGO IL 60615  8x Reported: 10/01/1999 - 10/01/1999 County: Cook | Map | ████-4425 Issued: 1977-1979 in CT DOB: 04/08/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 5450 SE VIEW PK CHICAGO IL 60615  1x Reported: 06/01/1986 - 10/01/1999 County: Cook | Map | ████-4425 Issued: 1977-1979 in CT DOB: 08/1961 Age: 48 | 684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 SE VIEW PK CHICAGO IL 60615  1x Reported: 10/01/1999 - 10/01/1999 County: Cook | Map | ████-4425 Issued: 08/04/1961 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PARK 1 CHICAGO IL 60615-5616  5x Reported: 06/01/1986 - 10/01/1999 County: Cook | Map | ████-4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | 684-4809 Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 5450 VIEW PK CHICAGO IL 60615  1x Reported: 10/01/1999 - 10/01/1999 County: Cook | Map | ████-4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 49798 PO BOX CHICAGO IL 60549  1x Reported: 09/01/1999 - 09/01/1999 County: Cook | Map | ████-4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK HUSSEIN | 849798 PO CHICAGO IL 60610  1x Reported: 09/01/1999 - 09/01/1999 County: Cook | Map | ████-4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 849798 PO CHICAGO IL 60645  2x Reported: 09/1999 - 09/1999 County: Cook | Map | ████-4425 Issued: 1977-1979 in CT | | N |

Tracers Information Specialists, Inc. - Standard People Search     https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=..

| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|---|
| | OBAMA BARACK HUSSEIN | PO BOX 49768 CHICAGO IL 60649 Reported: 09/1999 - 09/1999 County: Cook | 2x | | ...4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)... | N |
| | OBAMA BARACK SEN | 5430 E 71ST ST CHICAGO IL 60649 Reported: 05/01/1999 - 05/01/1999 County: Cook | 7x | Map It | | Landline: (773)333-1596 | N |
| | OBAMA BARACK HUSSEIN | 1440 E 62ND ST CHICAGO IL 60615 Reported: 01/01/1999 - 01/01/1999 County: Cook | 8x | Map It | ...4425 Issued: 1977-1979 in CT DOB: 04/08/1961 Age: 48 | Landline: (773)684-4509 | N |
| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK HUSSEIN | 1440 E 62ND ST CHICAGO IL 60615 Reported: 01/01/1999 - 01/01/1999 County: Cook | 1x | Map It | ...4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)684-4509 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY ST SOMERVILLE MA 02145 Reported: 11/12/1997 - 11/12/1997 County: Middlesex | 1x | Map It | ...4425 Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK H | 5450 S EAST VIEW CHICAGO IL 60615 Reported: 06/1997 - 06/1997 County: Cook | 4x | Map It | ...4425 Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK HUSSEIN | 5450 VIEW PK CHICAGO IL 60615 Reported: 10/01/1994 - 10/01/1994 County: Cook | 15x | Map It | ...4425 Issued: 1977-1979 in CT DOB: 04/08/1961 Age: 48 | Landline: (773)... | N |
| | OBAMA BARACK H | 5450 SE VIEW PK CHICAGO IL 60615-5803 Reported: 06/01/1986 - 10/01/1994 County: Cook | 5x | Map It | ...4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | 684-4809 | N |
| | OBAMA BARACK H | 5450 S EAST VIEW PK 1 CHICAGO IL 60615 Reported: 06/01/1986 - 10/01/1994 County: Cook | 1x | Map It | ...4425 Issued: 1977-1979 in CT DOB: 08/1961 Age: 48 | | |
| | OBAMA BARACK HUSSEIN | 5450 SE VIEW PK CHICAGO IL 60615 Reported: 10/01/1994 - 10/01/1994 County: Cook | 2x | Map It | ...4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK | 365 BROADWAY ST BOSTON MA 02111 ( ... ) Reported: 08/01/1994 - 08/01/1994 County: Suffolk | 4x | Map It | | Landline: (617)523-1266 | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY ST BOSTON MA 02111 ( ... ) Reported: 08/01/1994 - 08/01/1994 County: Suffolk | 1x | Map It | ...4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)684-4009 | N |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE CHICAGO IL 60615 Reported: 12/01/1993 - 12/01/1993 County: Cook | 8x | Map It | ...4425 Issued: 1977-1979 in CT DOB: 04/08/1961 Age: 48 | Landline: (773)684-4509 | N |
| Reports | Name | Address | | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK HUSSEIN | 5324 S KIMBARK AVE CHICAGO IL 60615 Reported: 12/01/1993 - 12/01/1993 | 1x | Map It | ...4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)684-4509 | N |

10/2/09 9:14 AM

Tracers Information Specialists, Inc. - Standard People Search          https://www.tracersinfo.com/SearchCentral/viewreturn.php3?pargs=...

| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
|---|---|---|---|---|---|---|
| | | County: Cook | | | | |
| | OBAMA BARACK | 5460 EASTVIEW PK I CHICAGO IL 60615 1x Reported: 08/01/1993 - 09/01/1993 County: Cook | Map it | 4425 Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK | 1408 S EUCLID AVE 2x CHICAGO IL 60649-5325 Reported: 08/1993 - 08/1993 County: Cook | Map it | 4425 Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK HUSSEIN | 365 W BROADWAY 1x BOSTON MA 02127 ( ) Reported: 07/01/1991 - 07/01/1991 County: Suffolk | Map it | 4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 5324 S KIMBARK AVE 3x CHICAGO IL 60615-5207 Reported: 06/01/1986 - 12/1990 County: Cook | Map it | 4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1 1x SOMERVILLE MA 02145 Reported: 08/01/1988 - 09/01/1988 County: Middlesex | Map it | 4425 Issued: 1977-1979 in CT DOB: 1990 | Landline: (617)623-1286 | N |
| | OBAMA BARACK HUSSEIN | 1 1 1x CHICAGO IL 60615 Reported: 01/01/1988 - 01/01/1988 County: Cook | Map it | 4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 1 11 2x CHICAGO IL 60615 Reported: 01/1988 - 01/1988 County: Cook | Map it | 4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | | N |
| | OBAMA BARACK HUSSEIN | 5429 S HARPER AVE 1N 1x CHICAGO IL 60615 Reported: 10/01/1986 - 10/01/1986 County: Cook | Map it | 4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | Landline: (773)684-4809 | N |
| | OBAMA BARACK H | 5429 S HARPER AVE 1N 3x CHICAGO IL 60615-5510 Reported: 06/01/1986 - 10/1986 County: Cook | Map it | 4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | | N |
| Reports | Name | Address | Maps | SSN / DOB | Phone | AR |
| | OBAMA BARACK H | 5429 S 52ND ST 1x CHICAGO IL 60615-5510 Reported: 04/1986 - 04/1986 County: Cook | Map it | DOB: 08/1961 Age: 48 | | N |
| | OBAMA BARACK H | 5460 EASTVIEW PARK 1 2x CHICAGO IL 60615 County: Cook | Map it | 4425 Issued: 1977-1979 in CT DOB: 08/1961 Age: 48 | | N |
| | OBAMA BARACK HUSSEIN | 365 BROADWAY B1 2x SOMERVILLE MA 02145-2440 County: Middlesex | Map it | 4425 Issued: 1977-1979 in CT DOB: 1890 | | N |
| | OBAMA BARACK H | 5460 E VIEW PARK 1 2x CHICAGO IL 60615 County: Cook | Map it | 4425 Issued: 1977-1979 in CT | | N |
| | OBAMA BARACK H | 5450 S E VW 2x CHICAGO IL 60615 County: Cook | Map it | 4425 Issued: 1977-1979 in CT DOB: 08/04/1961 Age: 48 | 684-4809 | N |

Social Security Death Index Search Results

http://ssdi.rootsweb.ancestry.com/cgi-bin/ssdi.cgi



# Exhibit 6



United States Department of State

*Washington, D.C. 20520*

**JUL 2 9 2009**

In reply refer to:
CA/PPT/L/LE – Case Control Number: 200807238

Christopher E. Strunk
593 Vanderbilt Avenue, #281
Brooklyn, NY 11238

Dear Mr. Strunk:

The following is in response to your request to the Department of State, dated November 22, 2008, requesting the release of material under the provisions of the Freedom of Information Act (5 U.S.C. § 552).

We have completed a search for records responsive to your request. The search resulted in the retrieval of six documents that are responsive to your request. After careful review of these documents, we have determined that all six documents may be released in full.

We did not locate a 1965 passport application referenced in an application for amendment of passport that is included in the released documents. Many passport applications and other non-vital records from that period were destroyed during the 1980s in accordance with guidance from the General Services Administration.

Passport records typically consist of applications for United States passports and supporting evidence of United States citizenship. Passport records do not include evidence of travel such as entrance/exit stamps, visas, residence permits, etc., since this information is entered into the passport book after issuance.

This completes the processing of your request.

Sincerely,

Jonathan M. Rolbin, Director
Office of Legal Affairs and Law Enforcement Liaison
Bureau of Consular Affairs
Passport Services

Enclosures:
As stated

P1

FORM APPROVED
BUDGET BUREAU NO. 47-R117.5

DEPARTMENT OF STATE
FOREIGN SERVICE OF THE UNITED STATES OF AMERICA

APPLICATION FOR

[X] RENEWAL   [ ] AMENDMENT   [ ] EXTENSION
OF

[X] PASSPORT   [ ] CARD OF IDENTITY
REGISTRATION   [ ] CERTIFICATE OF IDENTITY

Document No. F 777788   Date Issued July 19 1965

POST   Djakarta, Indonesia

[ ] REFERRED TO DEPARTMENT FOR ACTION
[X] RENEWED (EXTENDED) TO Jul. 18, 1970
[ ] AMENDED AS REQUESTED

$ 5.00 FEE COLLECTED
[ ] NO FEE COLLECTED

(PLEASE PRINT NAME IN FULL)
(FIRST NAME) Stanley (MIDDLE NAME) Ann Dunham (LAST NAME) Soetoro, a citizen of the United States, do hereby apply for the service indicated above. (If amendment, set forth details on REVERSE.)

DATE OF BIRTH (Month, day, year) Nov. 29, 1942   PLACE OF BIRTH Wichita, Kansas

NOW RESIDING AT Djakarta, Indonesia

UNITED STATES RESIDENCE (Street address, city, county, state)

IN THE EVENT OF DEATH OR ACCIDENT NOTIFY (Name in full, relationship, street address, city, state)
Stanley Armour Dunham, Bank of Hawaii, Honolulu

HAVE YOU EVER BEEN REFUSED A PASSPORT OR REGISTRATION AS A CITIZEN OF THE UNITED STATES?
IF THE ANSWER IS YES, EXPLAIN WHEN AND WHY

NO

PROPOSED TRAVEL PLANS

I INTEND TO RETURN TO THE UNITED STATES PERMANENTLY TO RESIDE WITHIN   Indefinite   YEARS   MONTHS

I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING PERIOD AND PURPOSE   INDEFINATE - MARRIED TO AN INDONESIAN CITIZEN

IF RETURNING TO U. S. COMPLETE THE FOLLOWING

PORT OF DEPARTURE

NAME OF SHIP OR AIRLINE

DATE OF DEPARTURE

I have not (and no other person included or to be included in the passport or documentation has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; voted in a political election in a foreign state or participated in an election or plebiscite to determine the sovereignty over foreign territory; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; or been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

(If any of the above-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person included in the passport or documentation, the portion which applies should be struck out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)

Stanley Ann Dunham Soetoro
(To be signed by Applicant)

Subscribed and Sworn to (affirmed) before me this   13th   day of _____, 19 68

(SEAL)

Vice   Consul   of the United States at Djakarta, Indonesia   F. La Porta

(The Department will assume that the consular officer, forwarding the application for the Department's decision, is fully satisfied as to the applicant's identity unless a notation to the contrary is made.)

FORM FS-299
7 - 64

SOETORO (LAST NAME)
STANLEY (FIRST NAME)
ANN DUNHAM (MIDDLE NAME)
TO BE PRINTED IN FULL

PAGE 2

## AMEND TO INCLUDE (EXCLUDE) (WIFE)(HUSBAND)

| NAME | BIRTHPLACE | BIRTHDATE |
|------|-----------|-----------|
| | | |

| SPOUSE WAS PREVIOUSLY MARRIED TO | PREVIOUS MARRIAGE TERMINATED BY |
|---|---|
| | ☐ DIVORCE   ☐ DEATH |

| NUMBER OF MY SPOUSE'S PREVIOUS PASSPORT  *IN DO* | DISPOSITION OF MY SPOUSE'S PREVIOUS PASSPORT ☐ ATTACHED   ☐ CANCELED _____ (DATE) |
|---|---|

## AMEND TO INCLUDE (EXCLUDE) CHILDREN

| NAMES | RESIDENCE | BIRTHPLACE | BIRTHDATE |
|-------|-----------|-----------|-----------|
| ~~Barack Hssein (Obama) (Soetoro)~~ | | | |
| | | | |
| | | | |

## AMEND TO READ IN MARRIED NAME

| NAME | | |
|------|---|---|
| DATE MARRIED | PLACE MARRIED | MARRIED TO |
| | | |

| CITIZENSHIP OF HUSBAND | ☐ U.S. CITIZEN   ☐ ALIEN-CITIZEN OF _____ |
|---|---|

## OTHER AMENDMENT(S) (DESCRIBE IN DETAIL ACTION REQUESTED)

DOCUMENTARY EVIDENCE SUBMITTED TO DEPARTMENT BY CONSULAR OFFICER

DOCUMENTARY EVIDENCE SEEN AND RETURNED TO APPLICANT BY CONSULAR OFFICER

STATEMENT OF ACTION BY POST UPON DEPARTMENT'S AUTHORIZATION (To be executed only in connection with cases referred to Dept.)

THE ☐ PASSPORT
☐ CARD OF IDENTITY        WAS
☐ CERTIFICATE

☐ RENEWED TO _____   DATE _____
☐ AMENDED AS REQUESTED
☐ EXTENDED TO _____

AUTHORITY _____

(Consul of the United States of America)

X   (Photo required for inclusions)   X

**STAPLE ONE PHOTO HERE
DO NOT MAR FACE**

The passport photos required must be approximately 2½ by 2½ inches in size; be on thin unglazed paper, show full front view of applicant with a plain, light background; and have been taken within 2 years of date submitted. When dependents are included they should be shown in a group photograph. The consul will not accept photos that are not a good likeness. Color photographs are acceptable.

*Do not staple second photo. Attach loosely by paper clip.*

(STAPLE HERE)   (STAPLE HERE)

OPINION OF CONSULAR OFFICER

(Consul of the United States of America)

FORM FS-299
7-64

In certain cases specific authorization by the Department will be required. In these cases an extra copy of the form should be prepared. Upon receipt of the Department's reply the extra copy should be transmitted with a notation of the action taken.



DEPARTMENT OF STATE
## REQUEST BY UNITED STATES NATIONAL FOR AND REPORT OF
## EXCEPTION TO SECTION 53.1, TITLE 22 OF THE CODE OF FEDERAL REGULATIONS

### REQUEST

I have been informed that my passport is not valid and that a valid passport is required by law to enter the United States. I request that an exception be granted to me, as provided in Section 53.2(h), Title 22 of the Code of Federal Regulations. I understand that a fee of $25 is required under Section 53.2(h) and I will remit such fee to the Passport Office, Department of State, Washington, D. C., 20524, within 30 days.

*(Signature)*

### REPORT - Pursuant to Section 215 of the Immigration and Nationality Act of 1952

TO: Director, Passport Office
Department of State
Washington, D. C. 20524
Attn: PT/AC

### SUBJECT

| NAME | DESCRIPTION 5'6" |
|---|---|
| STANLEY ANN SOETORO | Brown Brown 135 lb. |

HOME ADDRESS Djalan Taman Matraman 22 Pav., Djakarta, Indonesia
(Honolulu, 1617 South Beretania, c/o Stanley Dunham)  96814

| BIRTHDATE Nov. 29, 1942 | NATURALIZATION DATE N. A. | PASSPORT NO., DATE AND PLACE OF ISSUANCE F 777788 07-19-65 Honolulu, Hawaii |
|---|---|---|
| BIRTHPLACE Wichita, Kansas | | |

### DEPARTURE FROM UNITED STATES

| DATE AND PLACE OF DEPARTURE October 1967, Honolulu, Hawaii | DESTINATION Djakarta, Indonesia |
|---|---|
| FLIGHT NUMBER OR VESSEL | NAME OF CARRIER Japan Airlines |

### TRAVEL TO UNITED STATES

| DATE AND PLACE OF DEPARTURE FROM ABROAD October 20, 1971, Djakarta, Indonesia | IDENTITY DOCUMENTS PRESENTED Passport as shown above |
|---|---|
| FLIGHT NUMBER OR VESSEL PAA 812 | NAME OF CARRIER Pan American Airways |
| DATE AND PLACE OF ENTRY October 21, 1971, Honolulu, Hawaii | DESTINATION Honolulu, Hawaii |

### ACTION TAKEN

Identity and citizenship established.

Exception granted under 22 CFR 53.2(h).

OCT 21 1971
(Inspector's Stamp)

| PLACE (Immigration and Naturalization Service) HONOLULU, HAWAII | SIGNATURE (Immigration Officer) |

BILL SENT - 11/9/71

FORM APPROVED    BUDGET BUREAU NO. 47-R059.8
(Passport Office Use Only)

**DEPARTMENT OF STATE**
**APPLICATION FOR AMENDMENT OF PASSPORT**

Amend as shown in section:

☐ B  ☐ C  ☐ D  ☒ E  ☐ F
☐ Add visa pages.
☐

P 3

INSTRUCTIONS: All requests for inclusion of persons must be sworn to (or affirmed) before an Agent of the Department of State or Clerk of Court. Photographs, which meet the requirements below, and evidence of citizenship must be submitted for all persons to be included by this amendment. If such persons have had, or been included in, a previous passport, it should be submitted instead of other documents, and Section G completed.

**A**

PASSPORT NO. OF APPLICANT _____    DATE ISSUED _July 17, 196_

MAIL PASSPORT TO
STREET _2234 University Ave_
CITY _Honolulu,_    STATE _Hawaii_
_96822_

IN CARE OF

**BIRTH CERTIFICATE(S) SEEN**

| | CHILDREN'S | (WIFE'S) | (HUSBAND'S) |
|---|---|---|---|
| FILED SR OR CITY | | FILED SR OR CITY | |
| MARRIAGE CERT. | NATZN. CERT. | ☐ OTHER | |
| ☐ SR OR | ☐ SR OR | | |

(PLEASE PRINT NAME IN FULL)
(First name)    (Middle name)    (Last name)

I, _Stanley Ann Soetoro_ , a citizen of the United States, do hereby request that my passport, which is enclosed, be amended as indicated below.

**B**

INCLUDE MY CHILD(REN), AS FOLLOWS: (Also complete Section H if child(ren) acquired citizenship by naturalization, and have not had a previous passport.)

| NAME IN FULL | PLACE OF BIRTH (City, State) | DATE OF BIRTH |
|---|---|---|
| | | |

[Photo requirements for inclusion]

STAPLE ONE PHOTO HERE
DO NOT MAR FACE

Photos must be ONLY of persons to be included by this amendment. The two photos must be duplicates, approximately 2½ by 2½ inches in size, be on thin, unglazed paper with a plain, light background and have been taken within 2 years of date submitted. Photos should be front view, but not full-length, and may not be snapshot, Polaroid, vacuture or film base prints. When more than 1 person is to be included, a group photo is required. Color photos are acceptable.

DO NOT STAPLE SECOND PHOTO
ATTACH BY PAPER CLIP

**C**

INCLUDE MY (WIFE) (HUSBAND), AS FOLLOWS: (Also complete Section H if (wife) (husband) acquired citizenship by naturalization, and/or Section I if wife was previously married before March 3, 1931.)

| (WIFE'S) (HUSBAND'S) FULL LEGAL NAME | PLACE OF BIRTH (City, State) |
|---|---|
| DATE OF BIRTH | DATE OF MARRIAGE |

**D**

EXCLUDE PERSONS, AS FOLLOWS:

☐ MY WIFE
☐ MY HUSBAND
☐ MY CHILDREN (Give name(s))

WHO IS/ARE
☐ TO APPLY FOR SEPARATE PASSPORT
☐ NOT TO ACCOMPANY
☐

**E**

CHANGE TO READ IN MARRIED NAME, AS FOLLOWS:

MARRIED NAME _Stanley Ann Soetoro_ Soetoro

PLACE OF MARRIAGE (City, State) _Molokai, Hawaii_    DATE OF MARRIAGE _3/15/65_

HUSBAND'S NAME IN FULL _Lolo Soetoro_    WHO IS ☐ A UNITED STATES CITIZEN
☒ A CITIZEN OF _Indonesia_

**F**

CHANGE TO READ AS FOLLOWS:

**G**

(CHILDREN'S) (WIFE'S) (HUSBAND'S) LAST U. S. PASSPORT

NUMBER    DATE ISSUED

IN NAME OF
☐ IS SUBMITTED HEREWITH
☐ OTHER DISPOSITION (Same)

FORM DSP-19
7-64

(OVER)

**TO BE COMPLETED BY AN APPLICANT WHO BECAME A CITIZEN THROUGH NATURALIZATION**

NATURALIZATION CERTIFICATE NO.
- ☐ Submitted herewith
- ☐ Seen and returned
- ☐ Previously submitted

| I IMMIGRATED TO THE U.S. (Month, year) | I RESIDED CONTINUOUSLY IN THE U.S. From (Year) To (Year) | | |
|---|---|---|---|

| PLACE NATURALIZED (City, state) | | NATURALIZATION COURT | DATE NATURALIZED |
|---|---|---|---|

**TO BE COMPLETED BY ALL APPLICANTS**

OCCUPATION    VISIBLE DISTINGUISHING MARKS

PROGRAM OFFICER, FORD FOUNDATION        none

**WOMEN MUST COMPLETE FOLLOWING IF CHILDREN OF A PREVIOUS MARRIAGE ARE INCLUDED OR IF PREVIOUSLY MARRIED BEFORE MARCH 3, 1931**

| I WAS PREVIOUSLY MARRIED ON | TO (Full legal name) | WHO WAS BORN AT (City, State, Country) |
|---|---|---|

ON (Date of birth)     ☐ FORMER HUSBAND WAS U.S. CITIZEN     PREVIOUS MARRIAGE TERMINATED BY ☐ DEATH ☐ DIVORCE
                       ☐ FORMER HUSBAND WAS NOT U.S. CITIZEN ON (Date)

**COMPLETE IF APPLICANT OR ANY PERSON INCLUDED IN SECTION 5 WAS NOT BORN IN THE UNITED STATES AND CLAIMS CITIZENSHIP THROUGH PARENTS**

| ENTERED THE U.S. (Month) (Year) | IF FATHER NATURALIZED: | | IF KNOWN, FATHER'S RESIDENCE PHYSICAL PRESENCE IN U.S. |
|---|---|---|---|
| ☐ Applicant | Date | Certificate No. | From (Year)   To (Year) |
| ☐ Wife | | | |
| ☐ Husband | Before (Name of Court) | Place (City, State) | |
| ☐ Child | | | |

| RESIDENCE/CONTINUOUS PHYSICAL PRESENCE IN U.S. From(Year) To (Year) | IF MOTHER NATURALIZED: | | IF KNOWN, MOTHER'S RESIDENCE PHYSICAL PRESENCE IN U.S. |
|---|---|---|---|
| ☐ Applicant | Date | Certificate No. | From (Year)   To (Year) |
| ☐ Wife | | | |
| ☐ Husband | Before (Name of Court) | Place (City, State) | |
| ☐ Child | | | |

**PROPOSED TRAVEL PLANS (Not Mandatory)**

I INTEND TO CONTINUE TO RESIDE ABROAD FOR THE FOLLOWING PERIOD AND PURPOSE

Two years contract with Ford Foundation from January 1981 - December 1982.

| I INTEND TO RETURN TO THE UNITED STATES PERMANENTLY | DATE OF DEPARTURE |
|---|---|
| TO RESIDE WITHIN ___ YEARS ___ MONTHS | |

**PRIVACY ACT STATEMENT**

The information solicited on this form is authorized by, but not limited to, those statutes codified in Titles 8, 18, and 22, United States Code, and all predecessor statutes whether or not codified, and all regulations issued pursuant to Executive Order 11295 of August 5, 1966. The primary purpose for soliciting the information is to establish citizenship, identity and entitlement to issuance of a United States Passport or related facility, and to properly administer and enforce the laws pertaining thereto.

The information is made available as a routine use on a need-to-know basis to personnel of the Department of State and other government agencies having statutory or other lawful authority to maintain such information in the performance of their official duties pursuant to a subpoena or court order; and, as set forth in Part 5a, Title 22, Code of Federal Regulations (See Federal Register Volume 40, pages 45765, 45766, 47470 and 47600).

Failure to provide the information requested on this form may result in the denial of a United States Passport, related document or service to the individual seeking such passport, document or service.

NOTE: The disclosure of your Social Security Number or of the identity and location of a person to be notified in the event of death or accident is entirely voluntary. However, failure to provide this information may prevent the Department of State from providing you with timely assistance or protection in the event you should encounter an emergency abroad while outside the United States.

**ACTS OR CONDITIONS**

(If any of the below-mentioned acts or conditions have been performed by or apply to the applicant, or to any other person to be included in the passport, the portion which applies should be crossed out, and a supplementary explanatory statement under oath (or affirmation) by the person to whom the portion is applicable should be attached and made a part of this application.)

I have not (and no other person included in this application has), since acquiring United States citizenship, been naturalized as a citizen of a foreign state; taken an oath or made an affirmation or other formal declaration of allegiance to a foreign state; entered or served in the armed forces of a foreign state; accepted or performed the duties of any office, post, or employment under the government of a foreign state or political subdivision thereof; made a formal renunciation of nationality either in the United States or before a diplomatic or consular officer of the United States in a foreign state; ever sought or claimed the benefits of the nationality of any foreign state; been convicted by a court or court martial of competent jurisdiction of committing any act of treason against, or attempting by force to overthrow, or bearing arms against, the United States, or conspiring to overthrow, put down or to destroy by force, the Government of the United States.

WARNING: False statements made knowingly and willfully in passport applications or in affidavits or other supporting documents submitted therewith are punishable by fine and/or imprisonment under the provisions of 18 USC 1001 and/or 18 USC 1542. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 USC 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 USC 1544. All statements and documents submitted are subject to verification.

**FOR USE OF OFFICE TAKING APPLICATION**

| APPLICANT'S IDENTIFYING DOCUMENT(S) | IDENTIFYING DOCUMENT(S) OF WIFE/HUSBAND TO BE INCLUDED IN PASSPORT |
|---|---|
| ☐ Certificate of Naturalization or Citizenship   No.: | ☐ Certificate of Naturalization or Citizenship   No.: |
| ☐ Passport   Issue Date: | ☐ Passport   Issue Date: |
| ☐ Driver's License   Place of Issue: | ☐ Driver's License   Place of Issue: |
| ☐ Other (Specify):   Issued in Name of: | ☐ Other (Specify):   Issued in Name of: |

☆U.S. Government Printing Office: 1977—261-041/3329

P 6

**APPLICATION FOR PASSPORT BY MAIL**

**URGENT**

INSTRUCTIONS ON BACK OF FORM
TYPE OR PRINT IN INK IN WHITE AREAS ONLY

**IDENTIFYING INFORMATION**

NAME

FIRST/MIDDLE: STANLEY / ANN

LAST: DUNHAM

MAILING ADDRESS (In Care Of, if applicable, Street, City, State, ZIP Code)

1512 SPRECKELS **WILL CALL** **
APT. 402                    4/1 2 PM
HONOLULU / HAWAII 96822

**R3:6  155268**

Issue Date

R    C    DP    Endorsement

SEX: Male / Female

PLACE OF BIRTH: WICHITA, (KANSAS) USA
City, State or Province, Country

DATE OF BIRTH: NOV 29 42
Month Day Year

SOCIAL SECURITY NUMBER: 5 B5 40 5 25
(Not Mandatory)

HEIGHT: 5 6
Ft. Inches

COLOR OF HAIR: BROWN

COLOR OF EYES: BROWN

HOME PHONE: 808 734 2841 594
Area Code

BUSINESS PHONE:
Area Code

MOST RECENT PASSPORT ISSUED WITHIN PAST 8 YEARS MUST BE ATTACHED

PASSPORT NUMBER: Z3103172211

ISSUE DATE: 4 27 81
Month Day Year

OCCUPATION: CONSULTANT

DEPARTURE DATE: APRIL 6, 8

**3 414186-got mailed to perm.
address, which I in turn request =
1512 SPRECKELS ST  APT 402  HONOLULU, HI**
City, State ZIP Code

SUBMIT TWO RECENT IDENTICAL PHOTOS SIGNED ON THE REVERSE

**PROPOSED TRAVEL PLANS AND EMERGENCY ADDRESS** Not Mandatory

LENGTH OF STAY: 1 WEEK

COUNTRIES TO BE VISITED: PHILIPPINES

PERSON TO NOTIFY IN CASE OF EMERGENCY (Not Traveling With You)

NAME IN FULL: STANLEY ANN MADELYN DUNHAM

ADDRESS: 1617 S. BERETANIA #1008

PHONE NUMBER: 808 949 23 117

RELATIONSHIP: PARENTS

**OATH AND SIGNATURE**

WARNING: False statements made knowingly and willfully in passport applications or affidavits or other supporting documents are punishable by fine and or imprisonment under the provisions of 18 USC 1001 and or 18 USC 1542. The alteration or mutilation of a passport issued pursuant to this application is punishable by fine and or imprisonment under the provisions of 18 USC 1543. The use of a passport in violation of the restrictions therein or punishable by fine and or imprisonment under 18 USC 1544.

DECLARATION: I declare that the statements made in this application are true and complete to the best of my knowledge and belief that the attached photographs are a true likeness of me and that I have not been refused or included in a passport issued subsequent to the one referenced herein.

X March 27, 1986
Date

X Stanley Ann Dunham
Signature of applicant (Must be signed in presence of)

FOLLOW INSTRUCTIONS CAREFULLY – INCOMPLETE OR UNACCEPTABLE APPLICATIONS WILL DELAY THE ISSUANCE OF YOUR PASSPORT

**FOR PASSPORT SERVICES USE ONLY**

Z 30 37 231   4/27/8 h. Jakarta

Fl/HI  3/27/86

My trip was delayed by 1 month. Please mail my passport to

S. ANN DUNHAM
1512 SPRECKELS ST.
APT 402
HONOLULU, HI 96822

PH 942-8454

Stanley Ann Dunham

RECEIVED
APR - 9 1986
Honolulu Passport Agency

# Exhibit 7

Dr. Orly Taitz, Esq
29839 Santa Margarita Parkway, STE 100
Rancho Santa Margarita CA 92688
Tel: (949) 683-5411; Fax (949) 766-7603
E-Mail: dr_taitz@yahoo.com

UNITED STTES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Dr. Orly Taitz, Esquire, Pro Se, | ) | |
| Plaintiff | ) | |
| | ) | |
| | ) | Civil Action: |
| v. | ) | |
| | ) | |
| Barrack Hussein Obama, | ) | |
| Defendant | ) | |

**Affidavit of John N. Sampson**

1.    My name is John N. Sampson. I am over 18 years of age, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.    I am a citizen of the United States of America, I am 58 years old, and was born in Jackson Heights, Queens, New York and raised in the State of New York.

3.    I am the Chief Executive Officer, Owner, and Operator, of CSI Consulting and Investigations LLC, a consulting and private investigative firm registered with the Secretary of State of Colorado as a Limited Liability Company pursuant to the laws of the State of Colorado. The company was formed in the State of Colorado on January 2, 2009 and is in good standing with the Secretary of State of Colorado. Colorado does not have any licensing requirements or provisions for private investigators.

4.    I have personal knowledge of all of the facts and circumstances described herein below and will testify in open court to all of the same.

5.    On, or about, November 16, 2009, Orly Taitz, the attorney who is prosecuting the above captioned matter, requested that I access LocatePlus, a commercial database that I subscribe to,

which is located in the State of Massachusetts, and with whom I have a user agreement, and requested that I obtain any and all legally available information relating to U.S. Social Security number 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.

6. On, or about, November 16, 2009, pursuant to the aforementioned request by Orly Taitz, I requested from LocatePlus, any and all legally obtainable information relating to SSN 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.

7. As a result of this inquiry, I came to learn that Plaintiff Barrack Hussein Obama, has used this Social Security number since at least from June 1, 1986 to present. A detailed report was generated showing family relationships, past residence history, real property owned by Mr. Obama, and other detailed information to include, but not limited to, driver's license information, telephone numbers associated with Mr. Obama, and people possibly related to Mr. Obama.

8. This information was obtained pursuant to a legitimate and permissible search under the user agreement I have with LocatePlus. This request was made in connection with a pending civil action, which is one of the expressed permissible purposes to conduct such an inquiry through LocatePlus, as well as a possible criminal violation of United States law, and possible fraud.

9. As a result of this search and the results that were obtained, on or about November 17, 2009, I accessed a public access database named "SSN Validator" at http://www.ssnvalidator.com/. The information this site provided me was that SSN 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 was issued by the Social Security Administration based upon an application filed for a Social Security Number in the State of Connecticut between the years 1976 and 1977.

10. Based upon information and belief, Plaintiff Barrack Hussein Obama has never had a direct connection with the State of Connecticut and has never claimed residency in the State of Connecticut.

11. I am a recently retired Senior Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (DHS ICE) having retired on August 30, 2008.

12. As a result of my formal training as an immigration officer, conducted at the Federal Law Enforcement Training Center (FLETC), located in Brunswick, Georgia, and advanced training received at FLETC in Artesia, New Mexico and elsewhere during my 27 year career, as well as my professional experience spanning 27 years of federal law enforcement, it is my knowledge and belief that Social Security Numbers can only be applied for in the State in which the applicant habitually resides and has their official residence.

13. During the period between January 1, 1976 and December 31, 1977 inclusive, it is my knowledge and belief that Barrack Hussein Obama habitually resided solely within the State of Hawaii and was between the ages of 14 and 16 during the time period stated above. During that period of time, based upon information and belief, Mr. Obama resided with his maternal grandparents, Madelyn and Stanley Dunham in the State of Hawaii.

14.     On or about February 2, 2010, I received an email from a person identifying himself as "Jim Russo", Operations Manager for LocatePlus, 100 Cummings Center, Suite 235M, Beverly, MA, 01915, requesting that I contact him regarding my account.

15.     On or about February 3, 2010, I telephoned Mr. Russo at 978-921-2727, extension 319 and inquired as to why he wished to discuss my account. At that time, Mr. Russo stated that LocatePlus had noticed I had conducted what he called a "celebrity political figure" inquiry and wanted to know why I had done so and which permissible reason pursuant to the user agreement I was under with LocatePlus pertained to my making my inquiry.

16.     I told Mr. Russo that I was a private investigator in the State of Colorado, that I had been tasked by Dr. Orly Taitz, an attorney in California who was prosecuting a civil suit involving Mr. Obama and that I had emails and other documentation that I could send him verifying that fact. Mr. Russo stated that he would appreciate it if I would send that information to him which I did on or about February 3, 2010. He assured me at that time that if I were to provide this information to him it would resolve any "issues" LocatePlus may have regarding my inquiry into a "political celebrity".

17.     In the email I sent to Mr. Russo, I offered to have Dr. Taitz send him an email as well confirming the fact that I had been tasked by her to conduct this inquiry pursuant to a pending civil suit in the United States District Court for the Central District of California. He stated that he would like to receive such an email.

18.     On or about February 4, 2010, Dr. Orly Taitz, at my request, sent Mr. Russo an email indicating that she had requested me, in connection with the pending civil suit in California against Mr. Obama, to conduct research through the commercial databases I habitually use as a private investigator, related to SSN 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.

19.     Numerous emails have been exchanged between me and Mr. Russo due to the fact that as of February 2, 2010, my account with LocatePlus has been frozen and I can no longer access this database despite the fact that I responded to their inquiries and have provided evidence to them indicating that I had followed the user agreement we have entered into. I have repeatedly asked that my account be unlocked, unfrozen, and made available to me.

20.     Despite all of this, as of March 8, 2010, my account remains frozen and I am unable to conduct legitimate, legal database searches in connection with my business. As a result, I am being financially harmed, unable to conduct legal, lawful, legitimate investigations pursuant to law, and unable to provide to my clients, the services they have contracted with me to provide, thereby subjecting me to possible civil litigation for failing to provide contracted services.

21.     Based upon information and belief, misuse of a Social Security number is a direct violation of Title 42 United States Code, Section 408(a)(7)(B), which is a federal felony punishable under Title 18 United States Code by fine or imprisonment of up to five years, or both.

22. I swear under the penalties of perjury that all the facts stated and circumstances described above are true and correct to the best of my knowledge and belief.

23. I have not been compensated for making this affidavit.

Further, Affiant sayeth not.

Signed and executed in Aurora, Colorado on this 8 day of March, 2010.

By: _____
John N. Sampson

# Exhibit 8

Dr. Orly Taitz, Esq.
**29839 Santa Margarita Parkway, STE 100**
**Rancho Santa Margarita CA 92688**
**Tel: (949) 683-5411; Fax (949) 766-7603**
E-Mail: dr_taitz@yahoo.com

UNITED STTES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Dr. Orly Taitz, Esquire, Pro Se,<br>Plaintiff | )<br>)<br>) | |
| v. | )<br>)<br>) | Civil Action: |
| Barrack Hussein Obama,<br>Defendant | )<br>)<br>) | |

### Affidavit of John N. Sampson

1.    My name is John N. Sampson. I am over 18 years of age, am of sound mind and free of any mental disease or psychological impairment of any kind or condition.

2.    I am a citizen of the United States of America. I am 59 years old, and was born in Jackson Heights, Queens, New York and raised in the State of New York.

3.    I am the Chief Executive Officer, Owner, and Operator, of CSI Consulting and Investigations LLC, a consulting and private investigative firm registered with the Secretary of State of Colorado as a Limited Liability Company pursuant to the laws of the State of Colorado. The company was formed in the State of Colorado on January 2, 2009 and is in good standing with the Secretary of State of Colorado. Colorado does not have any licensing requirements or provisions for private investigators.

4.    I am a retired Senior Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), having retired after 25 plus years of credible federal service, on August 30, 2008. (See Exhibit "A", attached)

1

5.      As a result of my former employment, and in furtherance of my current employment, I have appeared as an expert witness in numerous courts throughout the United States, having been admitted as an expert witness in the areas of immigration law, immigration enforcement, immigration fraud, immigration marriage fraud, visa fraud, Violence Against Women Act fraud, and as a forensic document analyst. The States in which I've testified as an expert witness include Colorado, New York, Arizona, Florida, Nebraska. I have also been endorsed as an expert witness relating to the aforementioned areas in California, Massachusetts, and Florida.

6.      I have personal knowledge of all of the facts and circumstances described herein below and will testify in open court to all of the same.

7.      From my personal experience having dealt with the verification of social security numbers being used by illegal aliens in violation of law, when there is a need for verification of the legitimacy of a Social Security number, certain information can be, and is routinely, obtained from the Social Security administration on questionable social security numbers that is permitted to be released under the Privacy Act. This information is of non identifying nature and includes, but is not limited to:

        a.      The exact date that the social security number in question was issued;

        b.      The zip code to which the Social Security number card was mailed to;

        c.      The age of the applicant at the time they applied for the Social Security number in question.

        d.      The gender of the applicant who applied for the Social Security number in question.

8.      While this information does not provide the identity of the account holder which is Privacy Act protected, it is beneficial in determining if a suspect social security number is being used fraudulently or being misused by someone other than the rightful account holder without violating the provisions of the Privacy Act. If the Social Security Administration should refuse to provide the requested information, a court order directing the release of the aforementioned non identifying information would be useful and beneficial in determining if a particular social security number was being misused in violation of Title 42 United States Code, Section 408(a)(7)(B), a felony cognizable under the laws of the United States.

9.      I swear under the penalties of perjury that all the facts stated and circumstances described above are true and correct to the best of my knowledge and belief.

10.     I have not been compensated for making this affidavit.

Further, Affiant sayeth not.

Signed and executed in Strasburg, Colorado on this 23 rd day of September, 2010.

2

By: _____
John N. Sampson

Signed and subscribed to this ___23rd___ day of September, 2010 in Strasburg, Adams County, State of Colorado.

_____   my commission expires 1-11-11
Notary Public  Adams County, Colorado

3

Office of Detention and Removal Operations

U.S. Department of Homeland Security
425 I Street, NW
Washington, DC 20536



**U.S. Immigration
and Customs
Enforcement**

AUG 2 2

Mr. John Sampson
Office of Detention and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
Denver Field Office
4730 Paris Street
Denver, CO 80239

Dear Mr. Sampson:

On the occasion of your retirement after more than 25 years of service, I would like to take this opportunity to express my sincerest appreciation and best wishes.

In the course of your dedicated service to the Immigration and Naturalization Service and your time with the Department of Homeland Security, U.S. Immigration and Customs Enforcement, we have seen many changes and accomplishments and you have contributed significantly to those. Your expertise and professionalism were displayed in all aspects of your work.

You have distinguished yourself through the years and you should feel proud of your lasting accomplishments. Your knowledge and dedication will be greatly missed, but know that the program and agency have benefited greatly because of your work and numerous contributions.

On behalf of the Office of Detention and Removal Operations, I extend our most sincere appreciation. We wish you all the best in your future endeavors and much happiness for you and your family.

Sincerely,

James T. Hayes, Jr.
Acting Director

www.ice.gov