# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HORNBECK OFFSHORE SERVICES, LLC §<br>PLAINTIFF §<br>§<br>V. §<br>§<br>KENNETH LEE "KEN" SALAZAR, IN HIS §<br>OFFICIAL CAPACITY AS SECRETARY, §<br>UNITED STATES DEPARTMENT OF §<br>INTERIOR; ROBERT "BOB" ABBEY, IN<br>HIS OFFICIAL CAPACITY AS ACTING<br>DIRECTOR, MINERAL MANAGEMENT<br>SERVICE; AND MINERALS<br>MANAGEMENT SERVICE<br>DEFENDANT. | CIVIL ACTION #10-1663(F)(2)<br>SECTION F<br>JUDGE FELDMAN<br>MAGISTRATE 2<br>MAGISTRATE WILKINSON |

## MOTION TO INTERVENE

Pursuant to Federal Rule of Civil Procedure 24(b)(2), Plaintiff -Intervenor Dr. Orly Taitz, ESQ, President of not for profit "Defend Our Freedoms" foundation is seeking to intervene as her action shares a common question of law or fact. Pursuant to local rules 7.4 and 7.6E, applicant lodges with this motion a copy of her memorandum in support of the motion and her complaint in intervention. Intervener asserts that she possesses documents and knowledge, which would expeditiously resolve current action and multiple similar actions around the nation. Such documents will clearly show that current stalemate in this case is intentional and part of a wider scheme and her intervention will help to stop continuous de-facto harassment and destruction of the U.S. oil and gas industry by Obama administration. Without such knowledge, facts and evidence this case will stay in limbo, as it was for nine months now with continuous stonewalling and delays of drilling, which will continue indefinitely, while Barack Obama is in office. Plaintiff-intervener suffered similar financial damages due to abuse of authority, which was experienced by the Plaintiff in this case. Intervener asserts that her damages as well as damages of the Plaintiff in this case are governed and related to the same legal principals, which would show fully upon discovery in this case, that Secretary Salazar, defendant herein, had no legal authority to issue a moratorium or delay any permits. It will show that there was no authority by either Mr. Salazar or Mr. Obama to issue orders that detrimentally affected the Plaintiff,

TENDERED FOR FILING

MAR 28 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Hornbeck v Salazar Motion to intervene by Dr. Orly Taitz, ESQ          1

the Intervener-Plaintiff and other parties around the country. There were no latches, and Intervener filed this motion as soon as information became fully available and as soon as she found out of common issues of fact and law.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Plaintiff-Intervener is an attorney, who represents some 200 plaintiffs, among them former ambassador to the UN Alan Keyes, ten state representatives from around the country and multiple officers of the US military, going up in rank to the rank of Major General. All of these plaintiffs had different grievances related to legitimacy within Obama administration.

2. In scope of her work she did extensive research and worked with a number of top investigators.

3. Intervener received a report and an affidavit from a licensed investigator and former elite Anti Communist Proliferation and Anti Organized Crime unit of the Scotland Yard officer Neil Sankey. Mr. Sankey's report showed that Barack Hussein Obama (hereinafter "Obama") is linked in the national databases to some 39 different Social Security numbers and multiple addresses. None of these numbers were issued in HI. The number that he used most often since around 1980 and is still uses today, while residing in the White House, is a Connecticut Social Security number 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. According to Lexis Nexis and Choice Point this number was issued to an elderly individual born in 1890, who resided in Connecticut, but this number was later assumed by Obama and used by him from 1980-1981.

4. The first three digits of the Social Security number signify the state. 042 signify the state of Connecticut.

5. Obama was never a resident of Connecticut.

6. In March-April of 1977 when this number was issued to another individual in Connecticut, Obama was a 16 year old student, residing with his grandparents in Hawaii.

7. To confirm such findings Taitz obtained an opinion of yet another licensed investigator, Susan Daniels, who attested to the fact that the national databases show multiple social security numbers associated with the name Barack Obama, among them Connecticut Social Security number 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 used most often. She, also, found that this number was originally assigned to an individual born in 1890. Later, the same number was associated with birth dates 04.08.1961 and 08.04.1961. Dates of 04.08.1961 and 08.04.1961 suggest existence of some documents, created using an European system of dating: Day, Month, Year, versus the American system of Month, day, year. Exhibit4

8. Obama's selective service certificate verification, readily available on the world wide web, shows a complete match with the number 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, therefore

verification of Obama's use of this number since 1980. Selective service match provides a US government issued proof and verification that Barack Obama is using the Social Security number 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  Exhibit 1

9. Further use of SSNVS (Social Security Number Verification System ) shows that combination of Barack Obama's name and the same Social Security number shows as failed, meaning that the number that Barack Obama is using, was not issued to him, but rather to another individual. This provides evidence of the Social Security Fraud and identity fraud by an individual, occupying the position of the President of the United States of America and Commander-in-chief of the US military. Exhibit 2

10. In and around 1976-1977 due to new Social Security requirements multiple elderly individuals, particularly women, who were housewives and never worked before, applied for Social Security numbers in order to obtain Social Security benefits , therefore date of birth of 1890 originally connected to 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 was consistent with many other examples of elderly individuals, born between 1890-1915, applying for Social Security cards for the first time between 1976-1977. Exhibit 5 October 3, 2010 FOIA request and March 2, 2011 FOIA response from the Social Security Administration

11. National databases such as Lexis Nexis and Choice Point show another Social Security number, originally assigned to an elderly individual, being connected to the name Barack Obama.

12. This Social Security number 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 in noteworthy, as it was assigned to Lucille I Ballantyne, born 12.22.1912, deceased 09.13.1998. Exhibit 4

13. Ms. Ballantyne was the mother of Harry C. Ballantyne, Chief Actuary of the Social Security Administration, who had access to all Social Security databases and death indices.

14. It is also noteworthy, that Obama's grandmother Madeline Payne Dunham was known to volunteer at the Oahu Circuit court probate department and had access to Social Security numbers of the recently deceased individuals, whose death may or may not have been reported to the Social Security administration.

15. Taitz verified this data with the third investigator, retired Senior Deportation Officer with the Department of Homeland Security John Sampson.
 Mr. Sampson provided Taitz with an affidavit, stating that according to his investigation, the number Obama is using most of his life, is indeed a Connecticut Social Security number. Mr. Sampson provided an expert opinion, that there is no reasonable explanation for one residing in HI to get a CT Social Security number. He also found that on one of Obama's entry  questioners the country of origin is listed as an Equatorial Guinea.

16. At the same time Taitz found that national data show different dates of birth for Obama: 08.01 1961, 08.04.1961 and 04.08.1961 as well as 1890.

11. Recently released passport records of Obama's mother, Ann Dunham, show that Obama was listed in her passport under a name Soebarkah. Exhibit 6

12. AP report from Indonesia, where Obama resided, show Obama's elementary school record under the last name Soetoro.

13. Recently Neil Abercrombie, governor of Hawaii, in an interview to Honolulu Star Advertiser admitted that he was not able to locate the original birth certificate for Obama, only a notation by someone in archives that some record exists, though no actual original certified long form U.S. birth certificate was ever found for Obama.

14. Obama provided the public only a short form certification of live birth created in 2007, right before the election, which does not contain any essential information, which typically would be found in the original long form birth certificate , such as the name of the hospital, the name of the attending physician and signatures. The state of HI statute 338-17 allows a foreign born child of Hawaiian resident to obtain Hawaiian birth certificate

15. The state of Hawaii statute 338-5 allows one to obtain a birth certificate based on a statement of one relative only without any corroborating evidence from any hospital.

16. The state of Hawaii statute 338-6 allows one to get a late birth certificate, obtained as a result of adoption or loss of an original birth certificate.

17. Numerous reports, claiming that prior Governor of Hawaii Linda Lingle examined Obama's birth certificate were false as well. Lingle's interview reveals that she relied on a statement of former Director of the Health Department Chiyome Fukino, but Lingle never personally saw a birth certificate for Obama, which means that her statement was a hearsay.

18. Director of the Health Department Chiyome Fukino made a carefully crafted statement that there is a birth record in Hawaii, but in spite of thousands of demands for clarification from the media and citizens, she refused to clarify, what record exists there. A record created pursuant to statute 338-5, 338-6, 338-17 would constitute "a record", but would not be sufficient to establish his birth in Hawaii without production of corroborating evidence from the hospital, which was never produced.

19. There were reports of newspaper articles, announcing Obama's birth in HI. Follow up research did not uncover any such article anywhere. Nobody ever produced an actual newspaper with an announcement of Obama's birth in the U.S. Only a microfiche image was found. There is no evidence, verifying when this image was created. Even if one were to believe that such news paper announcement actually existed in 1961, when Obama was born, it still does not prove that Obama was born in HI, as news paper article is not a prima facia evidence of birth and it could have been created based on a birth certificate, created

under statute 338-5, 338-6, 338-17, which do not provide prove of birth in Hawaii.
20 . Senior Deportation officer John Sampson   provided Taitz with a second affidavit, stating that when there is suspicion of illegal use of the Social Security number of another individual, Social Security Administration routinely provides redacted information regarding the original application to the Social Security administration.  Such information includes gender, race, age at application, zip code. Such information is general enough not to reveal the identity of the live holder of the social security number, but it is extremely helpful in identifying fraudulent use. Taitz repeatedly submitted FOIA requests to the SSA, but was repeatedly stonewalled and even redacted information was not provided regarding the social security number 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. Exhibit 7, 8

21.   Further records from the Student Clearing House show even more shocking evidence. In his memoirs and multiple speeches Obama wrote that he studied for two years at Columbia University September 1981-May 1983. He admitted that in summer of 1981 he traveled to Pakistan to visit his friends, but repeatedly claimed that from September 1981 until May of 1983 he resided in New York and studied at Columbia University. Taitz ran a check of his  years of attendance at Columbia university and found out that Columbia official records show him attending Columbia university only for nine months September 1982-till May 1983 (Exhibit 3), which means that the President of the United States lied to the whole nation about his whereabouts for a whole year September 1981 until September 1982. One year absence is the best case scenario, as he could get his credit by reciprocity or through extern studies.
22. As there is no record of Obama residing anywhere else in the United States from September 1981-September 1982,  or attending any other university, by way of simple deduction it becomes clear that his visit to Pakistan lasted not a month or two, as he claims, but over a year.
23. In 1981-1982 Pakistan was ruled by a ruthless radical Muslim leader general Zia Ul Hac, who came to power as a result of a military coup, announced himself as a Chief  Martial Law Administrator and ruled the country via the system of iron fist terror.  Supreme court of Pakistan, apparently afraid for their lives found such rule to be acceptable due to a "necessity" doctrine. Based on verification of Columbia university  records, Taitz found that Obama spent at least a year within the regime of general Zia Ul Hac. This revelation sheds light on Obama administration  policies affecting the Plaintiff and the Plaintiff Intervener. Many of the policies of Obama administration can be seen as a targeted attack on flagship industries in the US, US national security as well as Constitutional liberties of the US citizens .
24. Protection of the environment and environmentalism in general is being used as

a tool to destroy manufacturing and US economy in general. As marine environmentalism is used as an excuse to destroy oil and gas industry and oil and gas exploration in the Gulf of Mexico, California and across the country, similar excuse of environmentalism is used currently in California to destroy farming, to empty the bread basket of the country: Central valley of California. Under the banner of protecting roe smelt, Obama administration switched off the water going to farming communities of San Joaquin and Central valley of California, producing 100 billion dollars for California economy and half of the fruit, vegetables and nuts produced in the US. As a result, there is an estimated 40% unemployment in the San Joaquin valley, farms that existed for decades, are dying and proud California farmers are standing in line to receive food care packages made in China. The state of California is de facto bankrupt with 20 billion dollars debt. Taitz is a resident and taxpayer in California and is seeking relief as a taxpayer. As this court allowed Sierra club and Foundation for Preservation of Wild Life as interveners, surely this court should not forget another form of endangered species, namely American taxpayer, American entrepreneur, trying to make an honest living and an American citizen attempting to preserve his unalienable rights, guaranteed in the U.S. Constitution, which are being assaulted by an individual, who is currently by virtue of fraud usurping the position of the U.S. President and by his appointees, Ken Salazar being one of them. As the President of the Defend Our Freedoms foundation, Taitz has been fighting for those rights for two and a half years now, suffered damages and as such has tangible, material, direct and legally cognizable interest. While several thousand individuals belong to San Francisco based Sierra club, millions of US citizens who believe in the U.S. Constitution have been supporting proposed Intervener Taitz. Additionally, Intervener believes that some of defender- interveners joined this case with ulterior motifs. Some of the largest donors to Sierra club have been investing heavily in alternative energy start-ups or foreign energy ventures. When Sierra club is using the banner of the environmentalism and attacking U.S. based oil and gas industry, it actually causes the stocks of these alternative energy start-ups and foreign energy ventures to sky rocket. Wall street traders and arbitrageurs, who are giving Sierra club donations measured in millions, end up getting profits measured in tens and hundreds of millions, in some instances possibly billions. Taitz believes that uncovering those connections will help explain some of the obstinance of Obama administration in giving permits for drilling in the Gulf of Mexico and around the country, as well as other permits, lack of which detrimentally affects industries around the country. This is a de facto reverse "Pelican Brief". Developers and oil and gas industry are not destroying the Pelicans, but rather the Pelicans are used as a shield to destroy the oil and gas industry. Sierra club in its' motion to intervene, which was granted by this court, states: "Members of the Louisiana chapter of the Sierra Club use and

enjoy the waters of the Gulf of Mexico for recreational fishing, for recreational shellfish harvesting, and for traditional purposes such as swimming and wildlife observation". What the Plaintiff-Intervener asserts, is that the residents of Louisiana also enjoy eating and fishing for purpose of feeding their families, and working in order to pay their mortgages, they also enjoy having a Constitutional Republic with a Constitutionally eligible President, not one usurping the White House by virtue of fraud and by virtue of illegal use of someone else's Social Security number, they would enjoy knowing who the President is, knowing that he is not an individual on a mission to destroy US economy, their jobs and their Constitutional freedoms under the pretext of environmentalism.

25  The Intervener does not claim Intervention as of right under 24(a)(2), but rather a permissive intervention under FRCP 24(b)(2). The court has discretion to allow party to intervene under Rule 24(b)(2) if a party makes a timely motion to intervene and that a party "has a claim or defense that shares with the main action a common question of law and fact". In deciding whether to grant the motion, the court must "consider whether the intervention will unduly delay or prejudice the adjudication of the rights of the original parties. The intervener asserts that the information brought forward by her will accelerate the adjudication of the underlining case, as it will resolve the issues at the core of the current stalemate. The intervention is timely, as it was filed as soon as the intervener knew of the connection to the case at hand. The court should resolve any doubts or concerns regarding the propriety of granting intervention "in favor of the proposed interveners because it allows the court to resolve all related disputes in a single action". Federal savings and Loan Insurance Corporation v Falls Chase Special Taxing Dist., 983 F. 2d211, 216 (11th Cir.1993).There is a common issue of abuse of authority by the Obama administration, damages were related to such abuse of authority by the individual, who violated Article2, section 1 of the US Constitution and his appointees, discovery in this case and adjudication of this case, will resolve the issues that are faced by the Plaintiff, the Intervener and the whole class of other plaintiffs similarly situated. As such, granting the Intervener status would serve the judicial economy as well.

26. Additionally, as an attorney who brought forward information incriminating Barack Obama and negating legitimacy of his administration, and as an attorney representing members of the military, questioning legitimacy of Obama, Taitz was subjected to persecution, sanctions, harassment and defamation. As such, she has direct, substantial and legally protectable interest in this litigation. Her participation will allow for expedient resolution of this litigation and will allow for resolution of the protectable legal interests of both the Plaintiff and the Intervener Plaintiff. Taitz believes that all of the injuries, sustained by her, as well as injuries sustained by the Plaintiff are a part of one scheme.

**WHEREFORE,**

1. Taitz respectfully seeks a leave of court to join the action at hand as an intervener.

2. Taitz seeks a declaratory relief deeming Obama not eligible to issue any executive orders, sign bills or perform any functions of the President or Commander in Chief due to ineligibility.

3. Taitz seeks a declaratory relief deeming Ken Salazar, secretary of the Interior, not eligible to perform any functions as a Secretary of the Interior, as his appointment as the Secretary of the interior was not legitimate, as an appointment of the ineligible President.

4. Taitz is seeking a declaratory relief that Presidential eligibility is not a political question, but a legal question, to be decided by the district court as a federal law question based on Article 2 question 1 of the U.S. Constitution.

Respectfully Submitted,
03.25.2011
/s/ Orly Taitz, ESQ
Dr. Orly Taitz ESQ
29839 Santa Margarita PKWY, ste 100
Rancho Santa Margarita, CA 92688
phone 949-683-5411 fax 949-766-7603
orly.taitz@gmail.com

**Certificate of Service**
I hereby certify that on 03.25.2011 above brief is being filed with the clerk of the court and and will be served electronically by ECF on

CarlDavid Rosenblum crosenblum@joneswalker.com

Alida C. Hainkel ahainkel@joneswalker.co; rmiller@joneswalker.com;
Grady S. Hurleyghurley@joneswalker.com; dward@joneswalker.com

Guillermo A. Montero guillermo.montero@usdoj.gov; efile_nrs.enrd@usdoj.gov

Brian M. Collins brian.m.collins@usdoj.gov; Rosanne.alford@usdoj.gov;

Sharon Denise Smith  sharron.d.smith@usdoj.gov;  Rosanne.alford@usdoj.gov; jerrilyn.dufauchard@usdoj.gov

I further certify that I am mailing the foregoing document to the following non - ECF participants

John F. Cooney
Venable, LLO
575 7th st.,NW
Washington, DC 20004

Marjoria Ann McKeithen
Jones Walker
Place St. Charles
201 St. Charles Ave., ste 5100
New Orleans, LA 70170-5100

/s/ Dr. Orly Taitz ESQ
29839 Santa Margarita Pkwy ste 100
Rancho Santa Margarita  CA 92688
ph 949-683-5411 f 949-766-7603

**Exibit 1**