IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HORNBECK OFFSHORE SERVICES, LLC, et al.<br><br>    Plaintiffs,<br>and<br><br>DIAMOND OFFSHORE COMPANY,<br><br>    Plaintiff-Intervenors,<br><br>    v.<br><br>THE CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>    Defendant-Intervenors,<br>and<br><br>KENNETH LEE "KEN" SALAZAR, et al,<br><br>    Defendants. | CIVIL ACTION No.  10-1663(F)(2)<br><br>SECTION F<br><br>JUDGE FELDMAN<br><br>MAGISTRATE 2<br>MAGISTRATE WILKINSON |

## NOTICE OF MANUAL ATTACHMENT

  Defendants, Kenneth Lee Salazar, the United States Department of the Interior, Robert Abbey, and the Bureau of Ocean Energy Management, Regulation, and Enforcement ("Defendants") hereby provide this Notice of Manual Attachment for the purpose of providing notice of the manual submission to the Clerk of Court of Defendants' Opposition to Plaintiffs' Supplemental Appendix and Declaration and Defendants' supporting exhibits. Defendants seek to have their Opposition and supporting exhibits filed under seal because they contain excerpts of information filed under seal by Plaintiffs (Dkt. #246).

Respectfully submitted this 21st day of April, 2011.

1

IGNACIA S. MORENO
Assistant Attorney General
U.S. Dept. of Justice, Env't & Nat. Resources Div.

/s/ *Marissa A. Piropato*
GUILLERMO A. MONTERO (T.A.)
BRIAN COLLINS
KRISTOFOR SWANSON
MARISSA A. PIROPATO
Natural Resources Section
PO Box 663
Washington, DC 20016
Tel: (202)305-0470

PETER MANSFIELD
Assistant United States Attorney
Eastern District of Louisiana
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, Louisiana 70130
Tel: (504)680-3000

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2011, I caused a copy of the foregoing and its attachments to be served through the Court's CM/ECF System to all parties.

*s/ Marissa Piropato*
Marissa Piropato