IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HORNBECK OFFSHORE SERVICES, LLC, et al.<br><br>    Plaintiffs,<br>and<br><br>DIAMOND OFFSHORE COMPANY,<br><br>    Plaintiff-Intervenors,<br><br>    v.<br><br>THE CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>    Defendant-Intervenors,<br>and<br><br>KENNETH LEE "KEN" SALAZAR, et al,<br><br>    Defendants. | CIVIL ACTION No.  10-1663(F)(2)<br><br>SECTION F<br><br>JUDGE FELDMAN<br><br>MAGISTRATE 2<br>MAGISTRATE WILKINSON |

[PROPOSED] ORDER

  Having considered Defendants' Motion for Leave to File an Opposition to Plaintiffs' Supplemental Declaration and Supplemental Appendix, IT IS ORDERED that Defendants' Motion is hereby GRANTED.  IT IS FURTHER ORDERED that Defendants' Opposition and any papers related thereto shall be filed with the Court under seal, pursuant to the Court's Order of February 10, 2011 (Rec. Doc. 231) and to the Court's rules and procedures for such filings.

New Orleans, Louisiana, this 25th day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

1