# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

HORNBECK OFFSHORE SERVICES, LLC
PLAINTIFF

V.

KENNETH LEE "KEN" SALAZAR, IN HIS OFFICIAL CAPACITY AS SECRETARY, UNITED STATES DEPARTMENT OF INTERIOR; ROBERT "BOB" ABBEY, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, MINERAL MANAGEMENT SERVICE; AND MINERALS MANAGEMENT SERVICE
DEFENDANT.

§§§§§§§§§

CIVIL ACTION #10-1663(F)(2)

SECTION F

JUDGE FELDMAN

MAGISTRATE 2

MAGISTRATE WILKINSON

Motion for leave of court to file a reply to opposition

Motion hearing by intervener Orly Taitz, ESQ

May 11, 2011 10 am

Magistrate Joseph Wilkinson

Section F

## PROPOSED ORDER

Motion for leave of court to file a reply to opposition to motion to intervene by Dr. Orly Taitz, ESQ is hereby granted

_____
MAGISTRATE JUDGE
JOSEPH WILKINSON

5/11/11