**THE REPOSITORY™**

**ARCHIVE INDEX SYSTEMS, INC.**

IMAGING TECHNOLOGIES TO EXPAND MAN'S KNOWLEDGE

P.O. Box 40135

**BELLEVUE, WASHINGTON 98015**

(425) 643.1131; FAX (240) 384-7297
For response to this letter: diehold@comcast.net

**RESELLERS OF**
PRODUCTION DOCUMENT SCANNERS
WIDE-FORMAT SCANNERS
CHECK SCANNERS
WEB-BASED DOCUMENT IMAGING SOFTWARE
SCANNING SOFTWARE

**WEB PAGES**
www.archiveindex.com
www.wholesalecheckscanners.com

May 10, 2011

# Affidavit

I, Douglas B. Vogt, am over 18 years old, do not suffer from any mental impairment, have personal knowledge in the following and attest under penalty of perjury that I have knowledge and expertise in documents, imaging, scanners and document imaging programs. Based on my knowledge and expertise the following is true and correct

## My Credentials

I have a unique background for analyzing this document. I owned a typesetting company for 11 years so I know type and form design very well. I currently own Archive Index Systems since 1993, which sells all types of document scanners worldwide and also developed document imaging software (TheRepository). I know how the scanners work. I have also sold other document imaging programs, such as Laser Fiche, Liberty and Alchemy. I have sold and installed document imaging systems in city and county governments, so I know their procedures with imaging systems and everything about the design of such programs. This will be important in understanding what has happened with Obama's Certificate of Live Birth.



Figure 1. Tiff image of the Obama's Certificate of Live Birth dated August 8, 1961, presented on TV 4/27/2011.



Figure 2. Another Persons microfilmed Certificate of Live Birth dated August 11, 1961.

## What I Discovered about Obama's Certificate of Live Birth and why it is a Forgery.

What the Obama administration released is a PDF image that they are trying to pass off as a Certificate Live Birth Long Form printed on green security paper by the County Health Department. The form is a created forgery for the following reasons.

**1. Curved and non-curved type.** The image we are looking at was scanned in grayscale and some part in binary which cannot be on the same image. The reason I know this is because of the shadowing along the gutter (left-hand side). It also means that the county employees who did the original scanning of all the forms, did not take the individual pages out of the post binders. The result is that all the pages in that book display a parallax distorted image of the lines and type. They curve and drop down to the left. If you look at line 2 (Figure 3) on the form that says *Sex* you will notice the letters drop down one pixel but the typed word *Male* does not. Also notice the line just below *Male* drops down 3 pixels.



Figure 3. Line 2 of the form. Baseline differences.

The second incident of this parallax problem is seen in line 6c *Name of Hospital or Institution* (Figure 4). The word *Name* drops down 2 pixels, but the typed hospital name, *Kapiolani*, does not drop down at all. And again the line just below drops down 2 pixels, but not the name *Kapiolani*.



Figure 4. Line 6c at 500%. The typewriter name of the hospital does not drop down 2 pixels.

The conclusion you must come to is that the typed in form was superimposed over an existing original Certificate of Live Birth form from the county. In fact, since I found some of the form headings scanned in as binary and grayscale, the form itself is a composite but the person who created it did not flattened the image of the blank form and save it as one file before they started placing the typewriter text on the composite form. The individual(s) who perpetrated this forgery could not evidently find a blank form in the clerks imaging database, so they were forced to clean up existing forms and overlay the typewriter type we see here. The forger was also looking for certificates with the correct stamped dates and that is why I think they used more than one original form. At first I wondered why the forger didn't just typeset the entire form from scratch and overlay the type and not have to worry about the parallax problem. Then I remembered that in the early

1960s there was no phototypesetting and this form was set in hot metal from a linotype machine. The type design is Times Roman but they could never replicate the exact design. They were stuck having to use existing forms that were scanned in using binary and grayscale.

**2. There is a white haloing around all the type on the form.** Figure 5 is an example of this. This effect should not appear on a scanned grayscale image. Figure 6 is a grayscale image scanned in at 240 dpi. You will notice that there is no haloing effect around the type and also the security pattern is seen through the type. Figure 7 is a color image where you can clearly see the security green color through the type and no haloing. Figure 8 shows a Black and White (binary) image of the same type. The important thing to remember is that you cannot have grayscale and binary on the same scan unless the image is a composite. That means that different components of the whole image are made up of smaller parts. Figure 9 is an enlarged version of Figure 6 showing what grayscale letters should look like compared to binary.



Figure 5. Obama's form     Figure 6. Grayscale.     Figure 7. Color image.

Figure 8. Binary image.     Figure 9. An enlarged version of Figure 6 showing grayscale type.

**3. The Obama Certificate is loaded with both binary and grayscale letters** which is just another smoking gun that this form is a forgery. It appears the lines and some of the boxes were scanned using grayscale, but only some of the form headings were grayscale and sometimes it is only some letters. Figure 10 and Figure 4 give one example. You will notice that the *H* and, *al,* in Hospital, *I* in Institution, *(If* and again the *h* and *l* in hospital were grayscale images, but the rest of the line is binary. The typewriter line below was scanned in as a binary image. I can also tell you for certainty that the form type was scanned in at a lower resolution (≤200 dpi). This is because of the size of the pixels on the letters were such that the openings on the *a* and *s* on the first line are not visible and filled in.

Figure 10. showing a mixture of grayscale and binary type on the same line.

Another example is found in form box 1a, his name *BARACK*. For some reason the "R" is a grayscale image and the rest is binary (Figure 11). That means the "R" was originally on the form and the rest was not until it was added.

# BARACK

Figure 11. Another example of grayscale and binary on the same line.

Another example is the Certificate number itself (Figure 12). The last "1" on the form is a grayscale image but the rest of the numbers are not. This is just another example of a cut and past job. It also means we do not know what the real Certificate number is if there even is one. There are other form boxes that display the same feature, boxes: 5b, 7e, 11, 13, 16, 18a.

# ARTMENT OF HEALT
# 61 10641

Figure 12. The last "1" is grayscale, but the rest are binary.

**4. The Sequential Number is a fraud.** I would like you to refer back to Figures 1 and 2. You will notice that Barack Obama was supposed to have been born on Friday at 7:24 p.m. August 4, 1961 and the local registrar accepted it on Tuesday August 8, 1961 and hand stamped the Certificate number "61 10641." Then notice that the other Certificate of Susan E. Nordyke was born on Saturday at 2:12 p.m. August 5, 1961 and another registrar date stamped it on August 11, but her Certificate number is "61 10637." Keep in mind there would be only one bates stamp machine in the office so the numbers would all be unique. There cannot be any duplicates so every Certificate has a unique serial number. Obama's Certificate would have most likely been mailed on the following Monday, the 7th and received by the Clerk Tuesday the 8th. Susan Nordyke's Certificate looks like it was mailed sometime earlier that week and not accepted until the 11th but she has a Certificate 4 numbers less than Obama's. It is impossible to have Obama's Certificate number to be four numbers higher than a Certificate that came in 3 days later.

The facts I have shown you in #3 and 4 tell me several things about how this forgery was assembled. 1. Some person(s) in the Health Department, who had access to the document imaging program, search the database for someone close to the actual birth date of Obama and found someone near the 4th of August. They may have crossed referenced the death database to find someone who had died and had a birth date close to Obama's. If you remember, the Federal Government wanted the States to cross reference the birth and death databases so the database would have that information. 2. The date stamps have two different colors and sizes (see #5 below) which indicates that both dates came from different Certificates. 3. More than one person is involved in the Hawaii Department of Health to assemble the different components that were used, do the database searches to find the right Certificates to create President Obama's fraudulent Certificate of Live Birth and finally sign the fraudulent certificate. I believe that after all the components were

4

assembled they were then given to a graphic artist to actually assemble the whole thing and create the finished forgery. In short this was a conspiracy to defraud the United States.

**5. Two different colors and font sizes in Form box 22 and 20 *Date Accepted by Reg. General.*** What is very revealing about this box and date entry is there are two different colors on both lines. Both lines were scanned using binary mode, but I see two different colors (Figure 13). What I think this is showing us is that the person who put this fraud together was looking for a form that had the right date namely "August 8 19_1." As you can see the only things that are printed in dark green (R=71, G=92, B=73) are "Date A" and "AUG -8  6." The rest of the type is in black. This tells me that the forger was working in color mode. Finally the Font size of the rubber stamp in box 22 is larger than the stamp used in box 20. This is unlikely because the same rubber stamp would have been used by the same registrar to stamp the dates in both places and sign the form in box 21. Since we have two size letters and numbers, that means these elements were taken from two separate forms that may have been years apart using different rubber stamps.



Figure 13. Two different colors, dark green and black.

The same thing is found in form box 20 "Date Accepted by Local Reg." Figure 14 again shows that the date has two different colors. The "AUG  -8 196" is in dark green (R=87, G=111, B=87) and the "1" is in black. Yet again another irrefutable proof this form is a forgery. Form box 17a displays the same two color image in the word "None". The "Non" is in dark green.



Figure 14. Another example of two colors on the same line.

**6. Multiple layers in the PDF file from the White House.** I am not the first one to find this fact and they deserve the credit for discovering it. What they discovered is that when you open up the PDF file in Adobe Illustrator and you turn on layers, you see a long list of nine different layers that correspond to different sections of the form, including the signatures on the form. I discovered using just my Adobe Acrobat 8 Standard that I could also see the different components disappear when I enlarged the image to just 400% and used the "hand" tool to quickly move around the image. When I moved the image fast, the various type components would disappear from the form but the lines stayed just as I had concluded.

**A Rebuttal to the Discovery of the Multi Layers Found in the PDF File.**
The only rebuttal to the nine layers discovered in the PDF file released by the White House was a statement from a Canadian graphic artists from Quebec by the name of Jean-Claude Tremblay on April 29. It was reported by Fox News an on their web site at:
http://www.foxnews.com/politics/2011/04/29/expert-says-obamas-birth-certificate-legit/.

5

He tries to excuse the multi-layers as merely an artifact of an OCR (Optical Character Recognition) engine and then saved as a PDF. There are two major reason he is wrong and I know from his statement he knows nothing about OCR engines and how they work and their file structure. First of all the Obama PDF certificate was supposed to have come directly from the Health Departments office. As stated before, the records they have would have absolutely no reason to be OCRed and if they were asked to give the customer a PDF image it would be from their existing TIFF image stored in their document imaging program on the server. The program would have done no OCR processing at that time.

My qualifications on OCR programs are considerable. Our own document imaging program, TheRepository, has an OCR option from Expervision that is called TypeReader. We integrated TypeReader into our program but to do this we had to sign a non-disclosure statement with them and then we got their Took Kit and API. When an OCR program saves a file as a searchable PDF, the file contains three main files within it. The first file is an image file, usually a compressed Group4 TIFF. The second file is a ASCII text file and the last file is a matrix file that contains the X and Y coordinates of all the words in the document. The Starting point for the image file and the matrix file is usually the upper right-left hand corner of the image measured in pixels. The test file and matrix files would never be seen as separate layers and there is certainly no nine layers. The three files would be in a PDF "wrapper" and that's all. All OCR programs work on the same principle.

**Conclusion**

The Certificate of Live Birth Obama presented on television on Aril 27, 2011 is a forgery.

In witness whereof he has hereto set his hand and seal.

Name of Notary: ZACHARY S NIEBRUEGGE

Title: BRANCH Mgr, U.S. BANK

I, ZACHARY S. NIEBRUEGGE , a Notary Public of King County and the State of Washington aforesaid, hereby certify that Douglas B. Vogt personally known to me to be the affiant in the foregoing affidavit, personally appeared before me this day and having been by me duly sworn deposes and say that the facts set forth in the above affidavit are true and correct.

Witness my hand and official seal this the 10th day of May, 2011.

Notary Public

My Commission Expires: 8 / 9 /20 11

Notary Public
State of Washington
ZACHARY S NIEBRUEGGE
My Appointment Expires Aug 9, 2011

Douglas B. Vogt

6

**Affidavit**

STATE OF FLORIDA )
                 )S.S.
COUNTY OF DUVAL )

I, Felicito Papa, am over 18 years old and resident of 7579 Walden Road, Jacksonville, FL 32244 with FL DL #P100-245-45-082-0. I do not suffer from any mental impairment and can competently attest to the following under the penalty of perjury:

1. I am a professional web developer having graduated with a bachelor's degree in IT at ITT Technical Institute in Indianapolis, IN.

2. I have over ten years of experience of web designs and development and have often used software such as Adobe Photoshop and Adobe Illustrator.

3. I downloaded from the official Whitehouse website, www.whitehouse.gov, April 27, 2011, the new birth certificate of Barack Obama II: http://www.whitehouse.gov/sites/default/files/rss_viewer/birth-certificate-long-form.pdf

4. I observed that the birth certificate pdf file could be opened with Adobe Illustrator and the software revealed that this document has many layers of images on it. This indicates that the document was not a true copy of the original birth certificate, but a recently created document using Adobe Illustrator.

5. I further observed that this document does not have an embossed seal normally affixed by civil registrars to attest to the authenticity of government issued documents.

FURTHER AFFIANT SAYETH NOT.

FELICITO PAPA

SUBSCRIBED TO AND SWORN TO before me on April 28, 2011.

NOTARY PUBLIC

GODFREY C WILLIS, JR.
Notary Public, State of Florida
My comm. exp. Jan. 24, 2014
Comm. No. DD 955008

**STATE OF HAWAII**                 **CERTIFICATE OF LIVE BIRTH**   **DEPARTMENT OF HEALTH**
FILE NUMBER **151**         **61 10641**

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| BARACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born | 5a. Birth Date | 5b. Hour |
|---|---|---|---|---|
| Male | Single ☒ Twin ☐ Triplet ☐ | 1st ☐ 2nd ☐ 3rd ☐ | Month August  Day 4,  Year 1961 | 7:24 P.M. |

| 6. Place of Birth: City, Town or Rural Location | 6a. Island |
|---|---|
| Honolulu | Oahu |

| 6b. Name of Hospital or Institution (If not in hospital or institution, give street address) | 6c. Is Place of Birth Inside City or Town Limits? |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | Yes ☒  No ☐ |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? If no, give judicial district |
|---|---|
| 6085 Kalanianaole Highway | Yes ☐  No ☒ |

| 7f. Mother's Mailing Address | 7g. Is Residence on a Farm or Plantation? |
|---|---|
|  | Yes ☐  No ☒ |

| 8. Full Name of Father | | | 9. Race of Father |
|---|---|---|---|
| BARACK | HUSSEIN | OBAMA | African |

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother | | | 14. Race of Mother |
|---|---|---|---|
| STANLEY | ANN | DUNHAM | Caucasian |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| 18a. Signature of Parent or Other Informant | 18b. Parent ☒ Other ☐ | Date of Signature 8-7-61 |
|---|---|---|
| (signed) Ann Dunham Obama | | |

| 19a. Signature of Attendant | 19b. M.D. ☒ D.O. ☐ Midwife ☐ Other ☐ | Date of Signature 8-8-61 |
|---|---|---|
| (signed) David A. Sinclair | | |

| 20. Date Accepted by Local Reg. AUG - 8 1961 | 21. Signature of Local Registrar (signed) U K Lee | 22. Date Accepted by Reg. General AUG - 8 1961 |
|---|---|---|

| 23. Evidence for Delayed Filing or Alteration |
|---|
|  |

I CERTIFY THIS IS A TRUE COPY OR
ABSTRACT OF THE RECORD ON FILE IN
THE HAWAII STATE DEPARTMENT OF HEALTH

APR 25 2011

*Alvin T. Onaka*, Ph.D.
STATE REGISTRAR



STATE OF HAWAII

## CERTIFICATE OF LIVE BIRTH

FILE NUMBER **151**

DEPARTMENT OF HEALTH
**61 10641**

| 1a. Child's First Name (Type or print) | 1b. Middle Name | 1c. Last Name |
|---|---|---|
| BARACK | HUSSEIN | OBAMA, II |

| 2. Sex | 3. This Birth | 4. If Twin or Triplet, Was Child Born | 5a. Birth Date | Month | Day | Year | 5b. Hour |
|---|---|---|---|---|---|---|---|
| Male | Single ☒  Twin ☐  Triplet ☐ | 1st ☐  2nd ☐  3rd ☐ | | August | 4, | 1961 | 7:24 P.M. |

| 6a. Place of Birth: City, Town or Rural Location | | 6b. Island |
|---|---|---|
| Honolulu | | Oahu |

| 6c. Name of Hospital or Institution (If not in hospital or institution, give street address) | 6d. Is Place of Birth Inside City or Town Limits? If no, give judicial district |
|---|---|
| Kapiolani Maternity & Gynecological Hospital | Yes ☒  No ☐ |

| 7a. Usual Residence of Mother: City, Town or Rural Location | 7b. Island | 7c. County and State or Foreign Country |
|---|---|---|
| Honolulu | Oahu | Honolulu, Hawaii |

| 7d. Street Address | 7e. Is Residence Inside City or Town Limits? If no, give judicial district |
|---|---|
| 6085 Kalaniansole Highway | Yes ☒  No ☐ |

| 7f. Mother's Mailing Address | 7g. Is Residence on a Farm or Plantation? |
|---|---|
| | Yes ☐   No ☒ |

| 8. Full Name of Father | | | 9. Race of Father |
|---|---|---|---|
| BARACK | HUSSEIN | OBAMA | African |

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. Usual Occupation | 12b. Kind of Business or Industry |
|---|---|---|---|
| 25 | Kenya, East Africa | Student | University |

| 13. Full Maiden Name of Mother | | | 14. Race of Mother |
|---|---|---|---|
| STANLEY | ANN | DUNHAM | Caucasian |

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside Home During Pregnancy | 17b. Date Last Worked |
|---|---|---|---|
| 18 | Wichita, Kansas | None | |

| I certify that the above stated information is true and correct to the best of my knowledge. | 18a. Signature of Parent or Other Informant | 18b. Date of Signature |
|---|---|---|
| | ▶ Stanley Ann Dunham Obama   Parent ☒  Other ☐ | 8-7-61 |

| I hereby certify that this child was born alive on the date and hour stated above. | 19a. Signature of Attendant | 19b. Date of Signature |
|---|---|---|
| | ▶ David A Sinclair   M.D. ☒  D.O. ☐  Midwife ☐  Other ☐ | 8·8·61 |

| 20. Date Accepted by Local Reg. | 21. Signature of Local Registrar | 22. Date Accepted by Reg. General |
|---|---|---|
| AUG - 8 1961 | ▶ U K Lee | AUG - 8 1961 |

23. Evidence for Delayed Filing or Alteration

I CERTIFY THIS IS A TRUE COPY OR
ABSTRACT OF THE RECORD ON FILE IN
THE HAWAII STATE DEPARTMENT OF HEALTH

Alvin T. Onaka, Ph.D.
STATE REGISTRAR

APR 25 2011

STATE OF HAWAII

**CERTIFICATE OF LIVE BIRTH**

DEPARTMENT OF HEALTH

FILE NUMBER 151

61 10637

| Child's First Name | Middle Name | Last Name |
|---|---|---|
| SUSAN | ELIZABETH | NORDYKE |

Sex: Female

This Birth: Single

If Twin or Triplet, Was Child Born: 1st, 2nd, 3rd

Month: Aug. Day: 5 Year: 1961 Hour: 2:12 P. M.

Place of Birth: City, Town or Rural Location: Honolulu   Island: Oahu

Name of Hospital or Institution: Kapiolani Maternity & Gynecological Hospital

Is Place of Birth Inside City or Town Limits? Yes

Usual Residence of Mother: City, Town or Rural Location: Honolulu   Island: Oahu

County and State or Foreign Country: Honolulu, Oahu

Street Address: 2913 Kanela Drive

Is Residence Inside City or Town Limits? Yes

Is Residence on a Farm or Plantation? No

Full Name of Father: ROBERT   ALLAN   NORDYKE

Race of Father: Caucasian

Age of Father: 42   Birthplace: Woodland, California   Usual Occupation: Doctor

Kind of Business or Industry: Private Practice

Full Maiden Name of Mother: ELEANOR   LOUISE   COLE

Race of Mother: Caucasian

Age of Mother: 34   Birthplace: Los Angeles, California   Type of Occupation: None

I certify that the above stated information is true and correct to the best of my knowledge.

Signature of Parent or Other Informant:
*Eleanor Cole Nordyke*

Signature of Attendant:
*C A McCrosh*

Signature of Local Registrar:
*Arthur L. Yonara*

Date of Signature: 1-7-61

Date of Registration: 8/11/61

Date Accepted by Reg. General: 1-1-151

---

THIS CERTIFIES THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE
ORIGINAL RECORD ON FILE IN THE RESEARCH, PLANNING AND STATISTICS OFFICE
HAWAII STATE DEPARTMENT OF HEALTH

*LEO BERNSTEIN, M.D.*
Director of Health

DATE
5-5-1966

*Charles G. Bennett*
CHARLES G. BENNETT
Registrar General



CERTIFICATE OF LIVE BIRTH

http://www.freerepublic.com/focus/f-news/2712636/posts?q=1&page=51          4/30/2011

BARACK                          HUSSEIN

| 2. Sex | 3. This Birth | | 4. If Twin or Triplet, Was Child Born | 5a. Birth Date | Mo |
|---|---|---|---|---|---|
| Male | Single ☒  Twin ☐  Triplet ☐ | | 1st ☐  2nd ☐  3rd ☐ | | Aug |

**6a.** Place of Birth: City, Town or Rural Location

→ Honolulu

**6c.** Name of Hospital or Institution (If not in hospital or institution, give street address)   **6d.** Is  If  Y

Kapiolani Maternity & Gynecological Hospital

**7a.** Usual Residence of Mother: City, Town or Rural Location   **7b.** Island

→ Honolulu                                    Oahu

**7c.** Is  If  Y

**7d.** Street Address

→ 6085 Kalanianaole Highway

**7f.** Mother's Mailing Address

**8.** Full Name of Father

BARACK           HUSSEIN           OBAMA

| 10. Age of Father | 11. Birthplace (Island, State or Foreign Country) | 12a. Usual Occupation |
|---|---|---|
| → 25 | Kenya, East Africa | Student |

**13.** Full Maiden Name of Mother

STANLEY           ANN           DUNHAM

| 15. Age of Mother | 16. Birthplace (Island, State or Foreign Country) | 17a. Type of Occupation Outside |
|---|---|---|
| → 18 | Wichita, Kansas | None |

I certify that the above stated information is true and correct to the best of my knowledge.

**18a.** Signature of Parent or Other Informant

*(signature) Ann Dunham Ob*

**19a.** Signature of Attendant

FREE 33-Page Report and Audio File  **Most Americans Believe**
"Food Shock"  They'll Never Go Hungry
Will You Make This Deadly Mistake?

A Free Press For
A Free People Since 1997

**WorldNe**





Wednesday, May 11, 2011

New "Black Hawk Down" Food Plan
In a crisis situation, your food supply is everything.
--SurvivalSprout Bank.com



WORLDNETDAILY EXCLUSIVE

**A QUESTION OF ELIGIBILITY**

# Kenya investigated Obama 'African birth'

## Leaked document shows official urged probe of possible criminal 'tampering'

Posted: May 10, 2011
8:12 pm Eastern

By Jerome R. Corsi
© 2011 WorldNetDaily

 599 likes. Sign Up to see what your friends like.

**FREE News Alerts**

SIGN UP TO RECEIVE
FREE NEWS ALERTS

WND*Search*

WND Directory
WND Superstore
Page 1 News
Page 2 News
WND Local News
Commentary
WND Money
Diversions
Daily Blessing
WND TV/Radio
Whistleblower
WorldNetWeekly
G2 Bulletin
Red Alert
WND Poll
WND Forums
Petitions
Letters to the Editor
Joke of the Day
WND.Comics
Crossword
SportsNetDaily
TV Guide
Movieguide
Weather

**WND Resources**
About WND
WND Scoops
WND History
Who Reads Us
WND Books
Advertise with WND
WND RSS feeds
MOBILE.WND
News Alerts Sign Up
Donate to WND
US Newspapers
Foreign Newspapers
Major News Wires
Other News Services
Other Sites
Writers Archives

Documents obtained by WND indicate the Kenyan government investigated the possibility that President Obama was born in the East African nation.

Two letters purportedly written by Kenya's immigration secretary during the 2008 U.S. presidential election campaign stated that officials in Nairobi could not find evidence Obama was born in Kenya. But the official said the government had "information" that relevant birth records may have been removed or were missing.

Emmanuel Kisombe, the permanent secretary in the Ministry for Immigration and Registration of Persons, wrote a letter in July 2008 in reply to a letter from the U.S. ambassador in Nairobi that raised the possibility with Kenyan officials that Obama was born in their country.

*Jerome Corsi's new book, "Where's the Birth Certificate?," is now available for immediate shipping, autographed by the author, only from the WND Superstore.*

Kisombe wrote another letter on the issue, this time to Kenya's Criminal Investigation Department, a few days before the Nov. 4 presidential election in the U.S.



Emmanuel Kisombe

Kisombe, 56, has been in public service since 1979, according to his bio. He became principal administrative secretary in the Office of the President in 2004 and was appointed permanent secretary for Immigration and Registration of Persons on Dec. 7, 2005.

His Oct. 22, 2008, letter to Simon Karanja Gatiba, director of the Criminal Investigation Department, indicated an investigation into the possibility Obama was born in Kenya was instigated at the level of the Kenyan Cabinet.

*(Story continues below)*

Kenya investigated Obama 'African birth'

**Government Officials**
**Search Engines**
**Media**
**Entertainment**
**Job Bank**

**WND People**
**Contact WND**
**Who's Who at WND**
**Customer Service**
**Speakers and Talk Show**
**Guests**
**Commentators**



*Protect Peace in the Middle East*

Show your
Support
for Israel

CLICK HERE



**Hillary Welcomes Global Gun Ban**

Tell Your Senators To Oppose
The U.N. Small Arms Treaty.

Click Here To Sign
The Petition

**President Reduces Amount Homeowners Owe**



Select Your Age: 55

Calculate New House Payment

Kisombe wrote to Gatiba:

> We have instructions from the Head of Civil Service and Secretary to the Cabinet carrying out directions of the Cabinet sub-committee on Security and Foreign Relations to investigate and report on efficacy of reports that Senator Barack Obama, the Democratic Party aspirant in the United States could be Kenyan-born.

Kisombe said the Kenyan government investigation was prompted by "numerous intelligence reports that [Obama] might have been born in Mombasa at the Lady Grigg Maternity Wing of the Coast Provincial Hospital."

Kisombe noted that the Kenyan government's inability to find Obama birth records was not conclusive, because "the information we in the ministry have is that some documents have been removed by unknown persons at unknown dates or are missing from birth registry records thus denting the prospects of uncovering the facts of this matter."

He wrote:

> This tampering, if confirmed, constitutes a serious offense that is punishable by law and it behooves your office to track down the culprits and bring them to justice. My officers have been instructed to fully cooperate as the Kenya Police Criminal Investigation Department performs this task.

Here is the entirety of the Kisombe letter:

Kenya investigated Obama 'African birth'                                    Page 3 of 8

REPUBLIC OF KENYA
OFFICE OF THE VICE PRESIDENT
MINISTRY OF STATE FOR IMMIGRATION AND REGISTRATION OF PERSONS

Office of the Permanent Secretary                          Nyayo House, 20th Floor, Room 2030
Ministry of State for Immigration and                      Telephone: 020 2222022 ext 22225,
Registration of Persons                                    22115
P.O. BOX 30494-00100                                       Fax: 020 2230939
NAIROBI, KENYA                                             Email: ps@miro.go.ke



CLASSIFIED

October 22nd, 2008

SIMON KARANJA GATIBA
DIRECTOR
CRIMINAL INVESTIGATION DEPARTMENT
KIAMBU ROAD
P.O. BOX 30036, 00100
NAIROBI

Dear Mr Gatiba,

RE: SENATOR BARACK OBAMA
We have instructions from the Head of Civil Service and Secretary to the Cabinet carrying out direction of the Cabinet sub-committee on Security and Foreign Relations to investigate and report on officers of record that Senator Barack Obama, the Democratic Party aspirant in the United States could be Kenyan born. Further numerous intelligence reports have suggested he might have been born in Mombasa at the Lady Grigg Maternity Wing of the Coast Provincial General Hospital.

However, there is no evidence within our records that supports this position, the information we in the ministry have is that some documents have been removed by unknown persons at unknown dates or are missing from birth register records denying the prospects of unravelling the facts of this matter. This tantamounts if confirmed, substantiate a serious offence that if punishable by law and which is in your office to track down the culprits and bring them to justice. My officers have been instructed to fully cooperate with the Kenya Police Criminal Investigation Department performs this task.

Sincerely,

EMMANUEL KISOMBE, CBS
PERMANENT SECRETARY

October 22nd, 2008

According to the letter's second page, copies were to be distributed to the following government offices:

CC.
SECRETARY TO THE CABINET & HEAD OF PUBLIC SERVICE
THE PRESIDENCY AND CABINET AFFAIRS OFFICE
HARAMBEE HOUSE
HARAMBEE AVENUE
P.O. BOX 62345, 00200
NAIROBI


PERMANENT SECRETARY
OFFICE OF THE PRIME MINISTER
THE TREASURY BUILDING
P.O. BOX 74434, 00200
NAIROBI


PERMANENT SECRETARY
MINISTRY OF FOREIGN AFFAIRS
MFA BUILDING
P.O. BOX 30551, 00100
NAIROBI


DIRECTOR
NATIONAL SECURITY INTELLIGENCE SERVICE
NYATI HOUSE
P.O. BOX 30091, 00100
NAIROBI


DIRECTOR
KENYA ANTI-CORRUPTION COMMISSION
INTEGRITY CENTRE
P.O. BOX 61130, 00200
NAIROBI


DIRECTOR OF IMMIGRATION
MINISTRY OF IMMIGRATION AND REGISTRATION OF PERSONS
NYAYO HOUSE
P.O. BOX 30395, 00100
NAIROBI


A July 4, 2008, letter by Kisombe to U.S. Amb. Michael Ranneberger in Nairobi, marked "Confidential," was a response to an inquiry from the U.S. regarding the possibility that Obama had birth records in Kenya.

Kisombe replied that there were no records to indicate Obama was born in "the geographic confines of what is now known as the Republic of Kenya."

However, the Kenyan official said he could not say whether any documents or files "from the births registry at the Coast Provincial General Hospital are missing or tampered with."

Ranneberger, who was appointed to the Kenya post by President Bush in 2006, has been reassigned to Washington and reportedly is flying back to the U.S. today.

Ranneberger made many friends across Kenya but ran afoul of some politicians who accused him of meddling in Kenyan politics as he pressed for reforms. In cables released by Wikileaks late last year, he accused President Mwai Kibaki and Prime Raila Odinga of impeding reform, prompting a member of Parliament to file a censure motion against him.

President Obama has nominated retired Air Force Major Gen. Scott Gration, his current envoy to Sudan and one of his top military advisers, to replace Ranneberger.

The text of Kisombe's letter to Ranneberger reads, in part:

Dear Ambassador Ranneberger,

RE: BIRTH RECORDS FOR SENATOR BARACK HUSSEIN OBAMA.

Your letter of July 1, 2008 refers. I wish to confirm that there are neither records nor evidence held by my ministry or any departments thereunder that suggest that Senator Barack Hussein Obama was born within the geographical confines of what is now known as the Republic of Kenya. Further I am unable to confirm if any files from the births registry at the Coast Provincial General Hospital are missing or tampered with.

The letter's page 1:

REPUBLIC OF KENYA
OFFICE OF THE VICE PRESIDENT
MINISTRY OF STATE FOR IMMIGRATION AND REGISTRATION OF PERSONS

Office of the Permanent Secretary
Ministry of State for Immigration and
Registration of Persons
P.O. BOX 30195-00100
NAIROBI, KENYA



Nyayo House, 20th Floor, Room 2030
Telephone: 020 2222022 ext 22225,
22115
Fax: 020 2230939
Email: ps@mirp.go.ke

**CONFIDENTIAL**

July 4th, 2008

AMBASSADOR MICHAEL RANNEBERGER
EMBASSY OF THE UNITED STATES
UNITED NATIONS AVENUE
P.O. BOX 606, 00621 VILLAGE MARKET
NAIROBI

Dear Ambassador Ranneberger,

RE: BIRTH RECORDS FOR SENATOR BARACK HUSSEIN OBAMA

Your letter of July 1st 2008 refers. I wish to confirm that there are neither records nor evidence held by my ministry or any departments thereunder that suggest that Senator Barack Hussein Obama was born within the geographical confines of what is now known as the Republic of Kenya. Further, I am unable to confirm if any files from the Jericho registry at the Coast Provincial General Hospital are missing or tampered with.

This matter is deemed very sensitive to the Kenya Government. As such, I would advise that you please direct any future enquiries on this subject through the Ministry of Foreign Affairs.

Sincerely,

EMMANUEL KISOMBE, CBS
PERMANENT SECRETARY

The letter's page 2:

CC,.
PERMANENT SECRETARY
MINISTRY OF FOREIGN AFFAIRS
MFA BUILDING
P.O. BOX 30551, 00100
NAIROBI

DIRECTOR
NATIONAL SECURITY INTELLIGENCE SERVICE
NYATI HOUSE
P.O. BOX 30091, 00100
NAIROBI

Kisombe did not reply to a WND request for comment, and Ranneberger was not immediately available because he is in the process of returning to the U.S.

Like    559 likes. Sign Up to see what your friends like.

11 comments                                              Add a comment


**Sandy Seager**
Sorry Marian but he isn't spending 2 million of his own money to hide this from
us - he is spending our money! Obama is a traitor and needs to be sent back to
Kenya and left there.
17 · Like · Reply · Subscribe · 11 hours ago


**Sandy Seager**
Thank you Jesse - spoken as a true illegal!
4 · Like · Reply · 8 hours ago


**Marian Kristich**
I believe his stepgrandma who has said she was at his birth in Mombasa, Kenya.
Why else would he pay over 2 million in lawyers fees to keep us from knowing
about his real history. He is hiding some things that would prevent him from
getting away with all this horror he is doing to our Beloved country. Lord help us!
28 · Like · Reply · Subscribe · 11 hours ago


**Lonni Norton** · Modesto Junior College
Following the trail of the birth certificate appears to be stymied by the POTUS.
However, the issue of what constitutes a "natural born citizen" is without statute
of limitation. I think that both issues should continue to be followed concurrently.
19 · Like · Reply · Subscribe · 11 hours ago

View 8 more

---

**Sponsored Link:** Have you heard about a little-known way to own real silver bullion for around 2 bucks?
Surprisingly, it's an investment opportunity created by the U.S. government. And it has nothing to do with stocks,
options, ETFs, or even uncirculated bullion coins. Click here to learn more.

---

**Related Offers:**

*Jerome Corsi's new book, "Where's the Birth Certificate?," is now available for immediate
shipping, autographed by the author, only from the WND Superstore.*

Get the free, in-depth special report on eligibility that could bring an end to Obama's presidency

See the movie Obama does not want you to see: Own the DVD that probes this unprecedented
presidential-eligibility mystery!



**Previous stories:**

Obama birth certificate linked to 'Kenya forgery'?

Online 'birth certificate' document 'was changed'

THE FULL STORY: See listing of hundreds of exclusive WND reports on the eligibility issue

---

*Jerome R. Corsi, a Harvard Ph.D., has authored many books, including No. 1 N.Y. Times best-sellers "The Obama Nation" and
"Unfit for Command." Along with serving as WND's senior staff reporter, Corsi is a senior managing director at Gilford Securities.*

*Gilford Securities, founded in 1979, is a full-service boutique investment firm headquartered in NYC providing financial services to
institutional and retail clients, from investment banking and equity research to retirement planning and wealth management. The
views, opinions, positions or strategies of the author are his alone, and do not necessarily reflect those of Gilford Securities.
Gilford Securities makes no representations as to accuracy, completeness, currentness, suitability or validity of any information
herein and will not be liable for any errors, omissions, or delays in this information or any losses, injuries, or damages arising
from its display or use.*



⟳ Share    ⬛🔘⋮    ✉ E-mail to a Friend    🖨 Printer-friendly version

EMAIL JEROME R. CORSI | GO TO JEROME R. CORSI ARCHIVE



ICRA

Copyright 1997-2011
All Rights Reserved. WorldNetDaily.com Inc.

TRUST
our privacy statement