# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HORNBECK OFFSHORE SERVICES, LLC § <br> PLAINTIFF § <br> § <br> V. § <br> § <br> KENNETH LEE "KEN" SALAZAR, IN HIS § <br> OFFICIAL CAPACITY AS SECRETARY, § <br> UNITED STATES DEPARTMENT OF § <br> INTERIOR; ROBERT "BOB" ABBEY, IN <br> HIS OFFICIAL CAPACITY AS ACTING <br> DIRECTOR, MINERAL MANAGEMENT <br> SERVICE; AND MINERALS <br> MANAGEMENT SERVICE <br> DEFENDANT. | CIVIL ACTION #10-1663(F)(2) <br> SECTION F <br> JUDGE FELDMAN <br> MAGISTRATE 2 <br> MAGISTRATE WILKINSON |



Letter to judge Wilkinson, judge Feldman

Request for a sign in sheet for 05.11.2011 motion hearing in <u>Hornbeck v Salazar</u>

Dear judge Wilkinson and judge Feldman,
On My 11, 2011 visitors and attorneys were requested to sign in the visitor page for every case, that was being heard during the motion hearings. I am respectfully requesting a copy of the sign in sheet for the case <u>Hornbeck v Salazar</u> for following reasons:

1. Mr. Obama was able to get into the White House and reside there for two and a half years, while using a forged birth certificate and invalid Social security number, because he is aided and abetted by a number of Federal employees.

2. One of such federal employees was at <u>Hornbeck v Salazar</u> hearing and signed in the visitor sign in sheet.

3. This employee has been a member of a group "Fogbow" and previously used the web pages of this group to threaten me personally, stating that she will send "men in black to my house" (meaning employees of a federal agency ) to harass me for bringing forward evidence of Barack Obama committing Social Security fraud and elections fraud.

**Respectfully Submitted,**

Hornbeck v Salazar Motion to intervene by Dr. Orly Taitz, ESQ                                1

03.25.2011
/s/ Orly Taitz, ESQ
Dr. Orly Taitz ESQ
29839 Santa Margarita PKWY, ste 100
Rancho Santa Margarita, CA 92688
phone 949-683-5411 fax 949-766-7603
orly.taitz@gmail.com

## Certificate of Service

I hereby certify that on 03.25.2011 above brief is being filed with the clerk of the court and and will be served electronically by ECF on

CarlDavid Rosenblum crosenblum@joneswalker.com

Alida C. Hainkel ahainkel@joneswalker.co; rmiller@joneswalker.com;
Grady S. Hurleyghurley@joneswalker.com; dward@joneswalker.com

Guillermo A. Montero guillermo.montero@usdoj.gov; efile_nrs.enrd@usdoj.gov

Brian M. Collins brian.m.collins@usdoj.gov; Rosanne.alford@usdoj.gov;

Sharon Denise Smith sharron.d.smith@usdoj.gov; Rosanne.alford@usdoj.gov; jerrilyn.dufauchard@usdoj.gov

/s/ Dr. Orly Taitz ESQ
29839 Santa Margarita Pkwy ste 100
Rancho Santa Margarita  CA 92688
ph 949-683-5411 f 949-766-7603

**Law Offices of Orly Taitz, Esq.**
29839 Santa Margarita Pkwy, Ste 300
Rancho Santa Margarita, CA 92688

CERTIFIED MAIL™

7006 2150 0004 1916 4981

Judge Joseph Wilkenson
US District Court
500 Poydras
New Orleans, LA 70130