UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HORNBECK OFFSHORE                                    CIVIL ACTION
SERVICES, L.L.C.

VERSUS                                               NO. 10-1663

KENNETH LEE SALAZAR ET AL.                           SECTION "F" (2)

## ORDER

Dr. Orly Taitz's letter, received by the court on May 19, 2011 and separately filed in the record, Record Doc. No. 263, must be construed as a motion requesting an order providing her with a copy of the "sign in sheet for 05.11.2011 motion hearing" conducted before me concerning her Motion for Leave of Court to Intervene as an Additional Plaintiff, Record Doc. Nos. 252 and 262. Fed. R. Civ. P. 7(b)(1). Shortly after my receipt of the letter, one of the persons who signed the sheet telephoned a member of my staff to object to Dr. Taitz's request. Opposed motions must be noticed for determination in accordance with Local Rule 7.2. Opposition to a motion must be set out in a written memorandum. Local Rule 7.5. Accordingly, Dr. Taitz's letter is deemed an opposed motion and it is hereby noticed for determination as provided in Local Rule 7.2 as follows:

**IT IS ORDERED** that all persons desiring to oppose Dr. Taitz's request must file their <u>written</u> opposition to the motion no later than **May 31, 2011**. Thereafter, the motion will be decided on the record with<u>out</u> oral argument.

New Orleans, Louisiana, this ___23rd___ day of May, 2011.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE