UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HORNBECK OFFSHORE SERVICES, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 10-1663 |
| KENNETH LEE SALAZAR ET AL. | SECTION "F" (2) |

### ORDER AND REASONS ON MOTION

Because it requests court action, Dr. Orly Taitz's letter, received by the court on May 19, 2011 and separately filed in the record, Record Doc. No. 263, has been construed as a motion as indicated by Fed. R. Civ. P. 7(b)(1). In her motion, she requests a copy of the "sign in sheet for 05.11.2011 motion hearing" conducted before me in this matter concerning her Motion for Leave of Court to Intervene as an Additional Plaintiff, Record Doc. Nos. 252 and 262. By order dated May 23, 2011, and in compliance with this court's Local Rules 7.2 and 7.5, I required that written opposition to the request must be filed no later than May 31, 2011. Record Doc. No. 264. No such opposition has been filed. Accordingly, the motion is deemed unopposed. In the absence of any opposition of record, the motion appears to have merit.

The sign-in sheet is an informal document obtained by my staff before <u>all</u> in-person hearings and conferences to assist me in remembering the names of persons who appear before me, in the event that they are called upon during court proceedings or

otherwise address the court. The sign-in sheet in this instance reflects public proceedings in open court. The court is a <u>public</u> forum that conducts its proceedings in the open and of record. Information in connection with public matters may be kept secret only under limited circumstances and in compliance with strict procedures. Local Rule 5.6. Persons who appear in an open court of record for public proceedings should not expect to do so anonymously.

**IT IS ORDERED** that the motion is granted. A copy of the sign-in sheet will be separately filed in the record and may be obtained from the Clerk of Court pursuant to the Clerk's usual procedures.

New Orleans, Louisiana, this ___1st___ day of June, 2011.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE