## CONFERENCE ATTENDANCE RECORD

DATE: 5-11-11　　　　　　　　　　TIME: 11:00

CASE NAME: Hornbeck v. Salazar

DOCKET NUMBER & SECTION: 10-1663-F

STATUS　　PRELIMINARY　　PRE-TRIAL　　SETTLEMENT　　**(ORAL ARGUMENT)**

### PLEASE PRINT

| NAME | CLIENT |
|---|---|
| Dr. Orly Taitz ESQ | Orly Taitz intervener |
| Donna K. Minter | observer |
| Daryl L. Minter | " |
| [signature] | |
| Peter M. Mansfield | Sec. Salazar |
| CARL ROSENBLUM | Plaintiffs |

*[handwritten note on right side]:* File in the record attached to 9/11/11 Order 6/1/11