UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HORNBECK OFFSHORE SERVICES, L.L.C. ET AL. | CIVIL ACTION |
| VERSUS | NO. 10-1663 |
| KENNETH LEE SALAZAR ET AL. | SECTION "F" (2) |

## **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Findings and Recommendation of the United States Magistrate Judge, and the failure of plaintiffs to file an objection to the Magistrate Judge's Findings and Recommendation, hereby approves the Findings and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiffs' Motion to Set Amount of Attorney's Fees and Costs, Record Doc. No. 233, is GRANTED IN PART AND DENIED IN PART and that plaintiffs are awarded $440,596.68 in reasonable attorney's fees and $444.33 for costs.

New Orleans, Louisiana, this __6th__ day of _____June_____, 2011.

_____
UNITED STATES DISTRICT JUDGE