UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HORNBECK OFFSHORE SERVICES, LLC, ET AL | CIVIL ACTION |
| VERSUS | NO. 10-1663 |
| KENNETH LEE SALAZAR, ET AL | SECTION "F" |

<u>JUDGMENT</u>

The Court, having considered Plaintiffs' Motion for Entry of Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure, the entire record in this matter, as well as the Court's prior two Orders dated February 2, 2011 and June 23, 2011, revising and adopting as revised the June 1, 2011 Findings and Recommendation of Magistrate Judge Wilkinson, hereby renders and enters Final Judgment against Defendants and in favor of Plaintiffs as follows:

1. IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Defendants, Kenneth Lee "Ken" Salazar, in his official capacity as Secretary, United States Department of Interior, United States Department of Interior, Michael Bromwich, in his official capacity as Director, Mineral Management Services (now known as the Bureau of Ocean Energy Management Regulation and Enforcement (BOEMRE), and Mineral Management Services (now known as BOEMRE) were in civil contempt of this Court's Order of Preliminary Injunction (Rec. Doc. 68);

2. IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED, that

Defendants, Kenneth Lee "Ken" Salazar, in his official capacity as Secretary, United States Department of Interior, United States Department of Interior, Michael Bromwich, in his official capacity as Director, Mineral Management Services (now known as BOEMRE), and Mineral Management Services (now known as BOEMRE) must reimburse Plaintiffs for their losses arising from Defendants' civil contempt, and Plaintiffs are awarded $528,801.18 in reasonable attorney's fees and $444.33 for costs;

    3.  IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED, that Plaintiffs' taxable costs of court as calculated by the Clerk of Court are assessed against Defendants.  Defendants shall bear their own taxable costs of court; and

    4.  IT IS FINALLY ORDERED, ADJUDGED AND DECREED that, except to the extent the Court grants relief by this Final Judgment, all remaining claims between the parties are dismissed with prejudice.

    New Orleans, Louisiana, August 3, 2011.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE