# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001



Scott S. Harris
Clerk of the Court
(202) 479-3011

December 16, 2013

United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Hornbeck Offshore Services, LLC, et al.
v. Sally Jewell, Secretary of the Interior, et al.
No. 13-56
(Your No. 11-30936)   CV 10-1663 · F

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk

___ Fee _____
___ Process _____
X Dkt'd _____
___ CtRmDep _____
___ Doc. No. _____

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

December 18, 2013

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 11-30936 Hornbeck Offshore Services v. Kenneth Salazar  
        USDC No. 2:10-CV-1663

Enclosed is a copy of the Supreme Court order denying certiorari.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Charlene A. Vogelaar*  
Charlene A. Vogelaar, Deputy Clerk  
504-310-7648